# EXHIBIT A

**CT CORPORATION**
A WoltersKluwer Company

**Service of Process Transmittal**
02/09/2006
Log Number 510914568

**TO:** Brenda Vaughn
Life Care Centers of America, Inc
3570 Keith St, NW
Cleveland, TN, 37312

→ A Shaw

RECEIVED Legal Dept FEB 10 2006 GENERAL COUNSEL

**RE:** **Process Served in Rhode Island**

**FOR:** Life Care Centers of America, Inc (Domestic State: TN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Barbara Antonucci, Pltf. vs. Cherry Hill Manor, et al , Dfts . To: Life Care Centers of America, Inc . a Named Defendant |
| **DOCUMENT(S) SERVED:** | Summons, First Amended Complaint |
| **COURT/AGENCY:** | Superior Court Providence/Bristol, RI<br>Case # 05-5398 |
| **NATURE OF ACTION:** | Employee Litigation - Discrimination |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Providence, RI |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 02/09/2006 at 15:15 |
| **APPEARANCE OR ANSWER DUE:** | Within 20 Days |
| **ATTORNEY(S) / SENDER(S):** | Patrica E. Andrews, Esq<br>170 Westminster Street<br>Providence, RI. 02903 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex Priority Overnight, 790317143280<br>Email Notification, Brenda Vaughn BRENDA_VAUGHN@LCCA COM |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 10 Weybosset Street - 9th Floor<br>Providence, RI, 02903 |
| **TELEPHONE:** | 401-861-7400 |

Cherry Hill Manor

Page 1 of 1 / JC

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action.

# State of Rhode Island and Providence Plantations
## SUPERIOR COURT

[x] PROVIDENCE/BRISTOL [ ] KENT [ ] WASHINGTON [ ] NEWPORT

CIVIL ACTION FILE No. 05-5398

BARBARA ANTONUCCI
Plaintiff

-vs-

CHERRY HILL MANOR, ET AL
Defendant

**Summons**

*To the above-named Defendant:* LIFE CARE CENTERS OF AMERICA, INC.

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon Patricia E. Andrews, Esq. Plaintiff's attorney, whose address is 170 Westminster St., Suite 601 Providence, RI 02903 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

CLERK

TRUE COPY ATTEST
THOMAS NOURY
P O BOX 114026
NORTH PROVIDENCE, RI 02911

2/9/06

Dated: February 9, 2006

(Seal of the Superior Court)

S-135 (REV 10/00)