# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BARBARA ANTONUCCI, Plaintiff | ) | |
| v. | ) | |
| CHERRY HILL MANOR, CHERRY HILL NURSING, LTD., LIFE CARE CENTERS OF AMERICA, INC. EDWARD J. MITSON, JR., in his official capacity, PAMELA CHARRON, in her personal and official capacity, and STEVE HAASE, in his personal and official capacity, Defendants. | ) | C.A. No. ____________ |

**AFFIDAVIT OF CINDY S. CROSS**

I, Cindy S. Cross, on oath deposes and says as follows:

1. I am employed by Life Care Centers of America, Inc. ("Life Care") as the Senior Director of Legal Services.

2. Life Care is a corporation incorporated in Tennessee and has its principal place of business in Cleveland, Tennessee. Life Care owns, leases, operates and manages nursing homes throughout the United States.

3. Life Care leases and operates Cherry Hill Manor ("CHM"), a nursing home located in Johnston, Rhode Island. Cherry Hill Nursing Home, Ltd. and the principal owner of Cherry Hill Nursing Home, Ltd., Edward J. Mitson, Jr. (collectively referred to hereinafter as the "Former Owners") sold their entire interest in CHM to Life Care on or about April 27, 1996 and Life Care transferred its interest in CHM to a subsidiary, Johnston Medical, Inc., on or about August 31, 2000. Any interest of Cherry Hill Nursing Home, Ltd. and Mitson in CHM ended in 1996 with the sale of CHM to Life Care.

4. Following the sale of CHM to Life Care, the Former Owners have not maintained any ongoing relationship with Life Care or CHM. On information and belief, the Former Owners dissolved Cherry Hill Nursing Home, Ltd. following the sale of CHM.

5. On information and belief, Plaintiff has not served the Former Owners with the First Amended Complaint.

Signed under the pains and penalties of perjury this 6th day of March, 2006.

LIFE CARE CENTERS OF AMERICA, INC.

By: Cindy S. Cross

Cindy S. Cross
Sr. Director of Legal Services

**CERTIFICATE OF SERVICE**

This is to certify that on March 7, 2006, a copy of the foregoing document was served upon Plaintiff's attorney, Patricia E. Andrews, 170 Westminster Street, Suite 601, Providence, Rhode Island 02903, by first-class mail, postage prepaid.

Jackson Lewis LLP