# EXHIBIT D

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

BARBARA ANTONUCCI,
Plaintiff

v.

CHERRY HILL MANOR, CHERRY HILL NURSING, LTD., LIFE CARE CENTERS OF AMERICA, INC. EDWARD J. MITSON, JR., in his official capacity, PAMELA CHARRON, in her personal and official capacity, and STEVE HAASE, in his personal and official capacity,
Defendants.

C.A. No. ____________________

**AFFIDAVIT OF STEVEN HAASE**

I, Steven Haase, on oath deposes and says as follows:

1. I am employed by Life Care Centers of America, Inc. as the Executive Director of Cherry Hill Manor, a nursing home located in Johnston, Rhode Island, which is owned and operated by Life Care Centers of America, Inc.

2. I am a resident of the Commonwealth of Massachusetts. I have resided in Sharon, Massachusetts since 1990.

3. I do not currently reside, nor have I ever resided, in the State of Rhode Island.

Signed under the pains and penalties of perjury this 6th day of March, 2006

[signature]
Steven Haase

**CERTIFICATE OF SERVICE**

This is to certify that on March 7, 2006, a copy of the foregoing document was served upon Plaintiff's attorney, Patricia E. Andrews, 170 Westminster Street, Suite 601, Providence, Rhode Island 02903, by first-class mail, postage prepaid.

______________________________

Jackson Lewis LLP

# EXHIBIT E

STATE OF RHODE ISLAND
PROVIDENCE/BRISTOL COUNTY

SUPERIOR COURT DEPT

BARBARA ANTONUCCI,
Plaintiff

v.

CHERRY HILL MANOR, CHERRY HILL NURSING, LTD., LIFE CARE CENTERS OF AMERICA, INC. EDWARD J. MITSON, JR., in his official capacity, PAMELA CHARRON, in her personal and official capacity, and STEVE HAASE, in his personal and official capacity,
Defendants.

CIVIL ACTION NO. 05-5398

**NOTICE OF FILING OF NOTICE OF REMOVAL**

Civil Clerk's Office
Providence Superior Court
Licht Judicial Complex
250 Benefit Street
Providence, RI 02903

PLEASE TAKE NOTICE that a Notice of Removal in the above action from the Providence Superior Court has been duly filed in the U.S. District Court for the District of Rhode Island. Attached hereto as Exhibit A is a certified copy of that Notice of Removal.

Respectfully submitted,

LIFE CARE CENTERS, INC., d./b/a
CHERRY HILL MANOR, PAMELA CHARRON,
STEVE HAASE

Anthony J. DiOrio, R.I. Bar No. 3419
JACKSON LEWIS LLP
127 Dorrance Street
Providence, RI 02903
(401) 490-3444; (401) 454-8855 fax

Dated: March ___, 2006

**CERTIFICATE OF SERVICE**

This is to certify that on March ___, 2006, a copy of the foregoing document was served upon Plaintiff's attorney, Patricia E. Andrews, 170 Westminster Street, Suite 601, Providence, Rhode Island 02903, by first-class mail, postage prepaid.

______________________________
Jackson Lewis LLP