Representing Management Exclusively in Workplace Law and Related Litigation

jackson | lewis
Attorneys at Law

Jackson Lewis LLP
75 Park Plaza
Boston, Massachusetts 02116
Tel 617 367-0025
Fax 617 367-2155
www.jacksonlewis.com

ATLANTA, GA
BOSTON, MA
CHICAGO, IL
DALLAS, TX
GREENVILLE, SC
HARTFORD, CT
LONG ISLAND, NY
LOS ANGELES, CA
MIAMI, FL
MINNEAPOLIS, MN
MORRISTOWN, NJ
NEW YORK, NY
ORLANDO, FL
PITTSBURGH, PA
SACRAMENTO, CA
SAN FRANCISCO, CA
SEATTLE, WA
STAMFORD, CT
WASHINGTON, DC REGION
WHITE PLAINS, NY

RECEIVED
MAR 21 2006
Property of U.S. District Court
District of Rhode Island

March 20, 2006

**VIA FEDERAL EXPRESS**

Civil Clerk
United States District Court
District of Rhode Island
One Exchange Terrace
Federal Building and Courthouse
Providence, RI 02903

**Re: Barbara Antonucci v. Cherry Hill Manor, et al.**
**Docket No. 06-108ML**

Dear Sir or Madam:

In connection with the above referenced matter, we enclose for filing and docketing a certified copy of the pleadings that were filed with the Providence Superior Court and the Providence Superior Court docket sheet. Please note that when the Providence Superior Court file was copied, Plaintiff's First Amended Complaint was not part of the file and could not be located by the clerk. Accordingly, we have substituted a copy of Plaintiff's First Amended Complaint which was served upon our client at Tab 3.

Should you have any questions regarding this matter, please do not hesitate to contact us. Thank you.

Very truly yours,

JACKSON LEWIS LLP

Christopher J. Campbell

Enclosures
cc: Patricia E. Andrews
Anthony J. DiOrio (without encl.)

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2005-5398 BARBARA ANTONUCCI V CHERRY HILL MANOR

Filing Date: 10-18-2005
Case Status: CLOSED DURING DISCOVERY

Case Type: CIVIL RIGHTS/JOB DISCRIMIN
Status Date: 03-13-2006

Plaintiff: BARBARA ANTONUCCI
ID: @10693215

Attorney: CARLY IAFRATE

Defendant: CHERRY HILL MANOR
ID: @10693216
Defendant: CHERRY HILL NURSING LTD
ID: @10693217
Defendant: PAMELA CHARRON
ID: @10693218
Defendant: LIFE CARE CENTERS OF AMERICA INC
ID: @10693219
Defendant: EDWARD MITSON
ID: @10223694
Defendant: STEVE HAASE
ID: @10822272

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 10-18-2005 | COMPLAINT FILED | |
| 10-18-2005 | INITIAL FILING FEE | |
| 10-19-2005 | Payment Applied | A Payment of -$160.00 was made on receipt SCP213529. |
| 02-08-2006 | AMENDED COMPLAINT FILED | Affiliated: ANTONUCCI, BARBARA |
| 02-22-2006 | SUMMONS,PROOF OF SERVICE FILED | TO LIFE CARE CENTERS OF AMERICA INC, CHERRY HILL MANOR, PAMELA CHARRON, EDWARD J. MITSON JR, STEVE HAASE 5 FILED |
| 03-13-2006 | NOTICE | OF REMOVAL |
| 03-13-2006 | NOTICE OF REMOVAL | TO US DISTRICT COURT |
| 03-13-2006 | CASE REMVD TO US DISTRICT CT | CASE # 06-108ML |
| 03-13-2006 | OTH DOC FILED DURING DISCOV | |