# Exhibit B

Corporations Database

# Rhode Island Corporation Search:

Corporation Status: Active

Look In: Corporation Name

Search Terms:

Search Type: Show Records with ALL of the above terms. Click Here for help with Boolean Searches

Submit Reset

## ID# 49122

## CHERRY HILL NURSING HOME, LTD.

**General Information**

**Status:** AC
**Charter:** DLP
**Chapter: TITLE: 7-13-8**
**State: RHODE ISLAND**
**Duration: 04/30/2025**
**File Date: 4 /30 /1976**
**Effective Date:N/A**
**Last Report Date: N/A**

**Annual Report Image:**
2004 Image Not Available
2005 Image Not Available
2006 Image Not Available
**Help On Viewing Annual Reports**

**Sic Code: 0--No SIC Code**

**Authorized Shares:**

---

**Business Address**

CHERRY HILL NURSING HOME, LTD.
1239 HARTFORD AVENUE
JOHNSTON, RI 02919-, USA

**Name and Address of the Registered/Resident Agent**

N/A

---

**Primary Officer/Director/Partner/Manager Information**

**Title:** GENERAL PARTNER
EDWARD J MITSON JR.
21 SCENIC VIEW DRIVE
JOHNSTON, RI02919-, USA

**Mailing Information**

N/A

---

**Event Information**

Amendments

---

Corporations Division
Office of the Secretary of State Matthew A. Brown
148 West River St.
Providence, RI 02904
corporations@sec.state.ri.us
www.sec.state.ri.us

Business Hours:
M-F 8:30 am to 4:30 pm
Tel. (401) 222-3040
Fax. (401) 222-1309
Director: Sandra Williams