# Exhibit D

# State of Rhode Island and Providence Plantations
## SUPERIOR COURT

[X] PROVIDENCE/BRISTOL [ ] KENT [ ] WASHINGTON [ ] NEWPORT

CIVIL ACTION, FILE No 05-5398

BARBARA ANTONUCCI
**Plaintiff**

-vs-

CHERRY HILL MANOR, ET AL
**Defendant**

***Summons***

*To the above-named Defendant:* EDWARD J. MITSON, JR., in his official capacity as General Partner of CherryHill Nursing, Ltd.

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon Patricia E. Andrews, Esq. Plaintiff's attorney, whose address is 170 Westminster St., Suite 601 Providence, RI 02903 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you,exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

[signature]
CLERK

Dated: February 9, 2006

**(Seal of the Superior Court)**

FILED
... S. KINCH JR., CLERK
2006 FEB 22 P 2:35

S- 135 (REV. 10/00)

# State of Rhode Island and Providence Plantations

Providence ......,SC

## PROOF OF SERVICE

I hereby certify that on the ......16...... day of ...Feb. 2006...... I served a copy of this summons and a copy of the complaint received therewith upon ......Edward J. Mitson Jr.
......21 Scenic Dr. Johnston RI......
in the following manner:

X By delivering a copy of the summons and complaint to him/her personally

By leaving a copy of the summons and complaint at his/her dwelling house, ..........
.............................................................., with a person of suitable age and discretion then residing therein.
(Address)

By leaving a copy of the summons and complaint at his/her usual place of abode, ..........
.............................................................., with a person of suitable age and discretion then residing therein.

By delivering a copy of the summons and complaint to an agent authorized by appointment or by law to receive service of process, namely ..........

such agent being one designated by statute to receive service, further notice as the statute requires was given as follows:

..........

..........

..........

~~Sheriff~~'s Fees

Travel .......................... $..........................

Service .......................... $..........................

$...45.00...

~~Deputy Sheriff~~

Thomas Noury
41 N. Elmore Ave.
P.O. Box 114026
North Providence, RI 02911

**CIVIL ACTION**

**FILE NO. ....05-5398....**

**SUMMONS**

**SUPERIOR COURT**

BARBARA ANTONUCCI

VS

CHERRY HILL MANOR, ET AL

Patricia E. Andrews #4321
ATTORNEY FOR PLAINTIFF

Serve:
Edward J. Mitson, Jr.
21 Scenic View Drive
Johnston, RI 02919
OR
1239 Hartford Avenue
Johnston, RI 02919

NOTE: Returnable to Plaintiff's Attorney forthwith after service. Proof of service to be filed within time during which the person served must respond.