# Exhibit G

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **BARBARA ANTONUCCI,** **Plaintiff,** | |
| **v.** | **C.A. No. 06-108 ML** |
| **CHERRY HILL MANOR, ET AL.,** **Defendants.** | |

**AFFIDAVIT**

I, Barbara Antonucci, the Plaintiff in the above-referenced matter, do hereby state and affirm that:

1. I was fired by Cherry Hill on or about October 4, 2004. Before I left Cherry Hill I was making $13.03 per hour amounting to about $521.20 per week. I did not pay for health care benefits.

2. I was unemployed until about August 1, 2005. At that point, I was hired by another nursing home to perform a similar job. I am now being paid $15.95 per hour and make more weekly than I did at Cherry Hill.

3. From about November 2004 to February 2006 I got my health insurance through COBRA, at a cost of about $400 per month. This cost me about $6,000. I now pay for part of my own health care benefits now, at a cost of about $80 per month. Medicare pays for the other half.

4. My approximate lost wages as of August 2005 when I started my new job were $20,848, not counting any amount that might be deducted for unemployment or TDI which I collected from about November 2004 to July 2005.

5. I have a one-third contingency fee agreement with my attorneys.

Subscribed and sworn to under the penalties of perjury this 5th day of April 2006.

Barbara Antonucci

Subscribed and sworn before me this 5th day of April 2006

Notary Public

My Commission Expires:

CARLY B. IAFRATE
NOTARY PUBLIC
STATE OF RHODE ISLAND
My Commission Expires January 26, 2009