# EXHIBIT B

jackson | lewis
Attorneys at Law

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis LLP
75 Park Plaza
Boston, Massachusetts 02116
Tel 617 367-0025
Fax 617 367-2155
www.jacksonlewis.com

ATLANTA, GA
BOSTON, MA
CHICAGO, IL
DALLAS, TX
GREENVILLE, SC
HARTFORD, CT
LONG ISLAND, NY
LOS ANGELES, CA
MIAMI, FL
MINNEAPOLIS, MN
MORRISTOWN, NJ
NEW YORK, NY
ORLANDO, FL
PITTSBURGH, PA
RALEIGH-DURHAM, NC
SACRAMENTO, CA
SAN FRANCISCO, CA
SEATTLE, WA
STAMFORD, CT
WASHINGTON, DC REGION
WHITE PLAINS, NY

March 15, 2006

Patricia E. Andrews, Esq.
170 Westminster Street, Suite 601
Providence, RI 02903

Re: Barbara Antonucci v. Cherry Hill Manor, et al. C.A. No. 06-108-ML
Renee Ferruccio v. Cherry Hill Manor, et al.

Dear Pat:

This letter follows our conversation on Tuesday, March 14 regarding the above-referenced cases. As you know, I attempted to speak with you on the morning of Monday March 6, 2006, regarding dismissal of two of the defendants (Cherry Hill Nursing [Home] Ltd. and Edward Mitson, Jr.) in the Antonucci matter, but you were unavailable. As we have discussed, these two defendants have not had any relationship with Life Care or Cherry Hill Manor since approximately 1996. Having not heard from you on Monday, or in response to my request that you call me, we removed this case to federal court on Wednesday, March 8, 2006.

When I contacted you today to discuss dismissal of the same two defendants in the Ferruccio matter, you indicated that you are currently unwilling to do so. During our conversation, you also indicated that you did not believe that the damages in the Ferruccio case would exceed $75,000.00, which is required for diversity jurisdiction. When I asked whether you would enter into a stipulation that Plaintiff's total damages are under $75,000.00, you indicated that you would need to consider the matter further.

I will contact you Friday at 9:30 a.m. to determine whether Plaintiff is willing to stipulate that her total damages are than $75,000 00. If you are not available at that time, I would be glad to reschedule the call. I look forward to speaking with you.

Very truly yours,

JACKSON LEWIS LLP

Christopher J. Campbell /mb

Christopher J. Campbell

CJC/mb
cc: Anthony DiOrio