**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **BARBARA ANTONUCCI,** **Plaintiff,** | |
| **v.** | **C.A. No. 06-108 ML** |
| **CHERRY HILL MANOR, ET AL.,** **Defendants.** | |

**PLAINTIFF'S MOTION TO SUBMIT SUPPLEMENTAL FILING IN SUPPORT OF MOTION TO REMAND**

The Plaintiff, Barbara Antonucci, has filed a motion to remand this matter to Providence County Superior Court. Some of the Defendants, Life Care Centers of America, Inc., Steven Haase and Pamela Charron ("Life Care"), have objected to this motion. In a nearly identical case, Irene Ferruccio v. Life Care, et al., C.A. No. 06-154S, Plaintiff also filed a motion to remand. Magistrate Judge Almond recently issued a memorandum and order in that case, granting Plaintiff's motion to remand. Plaintiff Antonucci now moves to submit Magistrate Almond's decision in support of her motion to remand which is presently before this Court.

Wherefore, Plaintiff respectfully requests that the motion be granted.

Plaintiff,
By her attorneys,

Patricia E. Andrews, #4321
Carly Beauvais Iafrate, #6343

129 Dyer Street
Providence, RI 02903
(401) 421-0966
(401) 421-0964 (fax)

**CERTIFICATION**

I hereby certify that a copy of the within document has been sent by first-class mail on the 14th day of July 2006, to Christopher J. Campbell, Esq., Jackson Lewis, LLP, 75 Park Place, Boston, MA 02116.