STATE OF RHODE ISLAND
PROVIDENCE/BRISTOL COUNTY

SUPERIOR COURT DEPT

IRENE FERRUCCIO,
Plaintiff

v.

CHERRY HILL MANOR, CHERRY HILL NURSING, LTD., LIFE CARE CENTERS OF AMERICA, INC. EDWARD J. MITSON, JR., in his official capacity, PAMELA CHARRON, in her personal and official capacity, and STEVE HAASE, in his personal and official capacity,
Defendants.

CIVIL ACTION NO. 06-1227

**SUBPOENA DUCES TECUM**

**To:** **Edward J. Mitson, Jr.**
**21 Scenic View Drive**
**Johnston, RI 02919**

GREETINGS: YOU ARE HEREBY COMMANDED in the name of the State of Rhode Island, pursuant to the provisions of Rule 45 of the Superior Court Rules of Civil Procedure, to appear and testify on behalf of the Defendant, Life Care Centers of America, Inc. ("Life Care") before a Notary Public of the State of Rhode Island or some other person authorized by law to take depositions, and hear testimony, at the offices of JACKSON LEWIS LLP, 127 Dorrance Street, Providence, RI 02903, on the **28th day of July, 2006, at 10:00 a.m.**, and to testify as to your knowledge at the taking of the deposition in the above-entitled action. You are further required to bring with you the documents listed in Schedule A, attached hereto.

**PLEASE SEE ATTACHED SCHEDULE A**

Hereof fail not as you will answer your default under the pains and penalties in the law in that behalf made and provided.

LIFE CARE CENTERS, INC., d./b/a
CHERRY HILL MANOR, PAMELA
CHARRON, STEVE HAASE

By its attorney,

Christopher J. Campbell (R.I. Bar No. 6611)
JACKSON LEWIS LLP
127 Dorrance Street
Providence, RI 02903
401) 490-3444; (401) 454-8855 fax

On this 13th day of July, 2006, before me, the undersigned notary public, personally appeared Christopher J. Campbell, who is personally known to me to be the person whose name is signed on the attached document, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of his knowledge and belief.

(official signature and seal of notary)
My commission expires: 6/12/09

DIANNE S. VARONE
NOTARY PUBLIC
COMMONWEALTH of MASSACHUSETTS
MY COMMISSION EXPIRES
JUNE 12, 2009

# SCHEDULE A

You are requested to provide the following documents:

1. Documents reflecting the purchase and sale of Cherry Hill Manor in or about 1996, and

2. Documents reflecting or regarding the current or former real estate holdings and other assets owned or controlled by Cherry Hill Nursing Home, Ltd. from 1996 to the present.

3. The business operations and transactions of Cherry Hill Nursing Home, Ltd. From 1996 to the present.

STATE OF RHODE ISLAND
PROVIDENCE/BRISTOL COUNTY

SUPERIOR COURT DEPT

IRENE FERRUCCIO,
Plaintiff

v.

CHERRY HILL MANOR, CHERRY HILL NURSING, LTD., LIFE CARE CENTERS OF AMERICA, INC. EDWARD J. MITSON, JR., in his official capacity, PAMELA CHARRON, in her personal and official capacity, and STEVE HAASE, in his personal and official capacity,
Defendants.

CIVIL ACTION NO. 06-1227

**SUBPOENA DUCES TECUM PURSUANT TO SUPERIOR COURT**
**R. CIV. P. 30(b)(6) AND 45 OF THE CHERRY HILL NURSING HOME, LTD.**

**To:**

**Cherry Hill Nursing Home, Ltd.**
**1293 Hartford Ave.**
**Johnston, RI 02919**

**and**

**Cherry Hill Nursing Home, Ltd.**
**c/o Edward Mitson, Jr.**
**21 Scenic View Drive**
**Johnston, RI 02919**

GREETINGS: YOU ARE HEREBY COMMANDED in the name of the State of Rhode Island, pursuant to the provisions of Rule 45 of the Superior Court Rules of Civil Procedure, to appear and testify on behalf of the Defendant, Life Care Centers of America, Inc. ("Life Care") before a Notary Public of the State of Rhode Island or some other person authorized by law to take depositions, and hear testimony, at the offices of JACKSON LEWIS LLP, 127 Dorrance Street, Providence, RI 02903, on the **28th day of July, 2006, at 12:00 p.m.** Pursuant to the provisions of the Rhode Island Superior Court Rules of Civil Procedure 30(b)(6), Cherry Hill Nursing Home, Ltd. is required to designate one or more officers, directors, managing agents, or other persons who consent to testify on its behalf, with respect to those topics identified in Schedule A and produce the documents in Schedule B.

**PLEASE SEE ATTACHED SCHEDULE A AND SCHEDULE B**

Hereof fail not as you will answer your default under the pains and penalties in the law in that behalf made and provided.

LIFE CARE CENTERS, INC., d./b/a
CHERRY HILL MANOR, PAMELA
CHARRON, STEVE HAASE

By its attorney,

Christopher J. Campbell (R.I. Bar No. 6611)
JACKSON LEWIS LLP
127 Dorrance Street
Providence, RI 02903
401) 490-3444; (401) 454-8855 fax

On this 13th day of July, 2006, before me, the undersigned notary public, personally appeared Christopher J. Campbell, who is personally known to me to be the person whose name is signed on the attached document, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of his ~~knowledge~~ and belief.

(official signature and seal of notary)
My commission expires: 6/12/09

**DIANNE S. VARONE**
NOTARY PUBLIC
COMMONWEALTH of MASSACHUSETTS
MY COMMISSION EXPIRES
JUNE 12, 2009

# SCHEDULE A

The matters on which the witness or witnesses will be asked to testify are as follows:

1. The purchase and sale of Cherry Hill Manor in or about 1996, and

2. The real estate holdings and other assets owned or controlled by Cherry Hill Nursing Home, Ltd. from 1996 through the present.

3. Any ongoing relationship between Cherry Hill Nursing Home, Ltd. and Life Care and/or any entities related to, owned or controlled by Life Care.

# SCHEDULE B

You are requested to provide the following documents:

1. Documents reflecting the purchase and sale of Cherry Hill Manor in or about 1996, and

2. Documents reflecting or regarding the current or former real estate holdings and other assets owned or controlled by Cherry Hill Nursing Home, Ltd. from 1996 to the present.

3. The business operations and transactions of Cherry Hill Nursing Home, Ltd. From 1996 to the present.

This subpoena is focused on all financial records and entire files relating to the sale of Cherry Hill Manor and/or the business operations and transactions of Cherry Hill Nursing Home, Ltd. that are in your possession, custody or control. This subpoena is NOT limited as to scope.

STATE OF RHODE ISLAND
PROVIDENCE/BRISTOL COUNTY

SUPERIOR COURT DEPT

| | |
|---|---|
| IRENE FERRUCCIO, Plaintiff<br><br>v.<br><br>CHERRY HILL MANOR, CHERRY HILL NURSING, LTD., LIFE CARE CENTERS OF AMERICA, INC. EDWARD J. MITSON, JR., in his official capacity, PAMELA CHARRON, in her personal and official capacity, and STEVE HAASE, in his personal and official capacity, Defendants. | CIVIL ACTION NO. 06-1227 |

**SUBPOENA DUCES TECUM PURSUANT TO SUPERIOR COURT <u>R. CIV. P. 30(b)(6) AND 45 OF THE CHERRY HILL NURSING HOME, LTD.</u>**

**To:**

**Cherry Hill Nursing Home, Ltd.**
**1293 Hartford Ave.**
**Johnston, RI 02919**

**and**

**Cherry Hill Nursing Home, Ltd.**
**c/o Edward Mitson, Jr.**
**21 Scenic View Drive**
**Johnston, RI 02919**

GREETINGS: YOU ARE HEREBY COMMANDED in the name of the State of Rhode Island, pursuant to the provisions of Rule 45 of the Superior Court Rules of Civil Procedure, to appear and testify on behalf of the Defendant, Life Care Centers of America, Inc. ("Life Care") before a Notary Public of the State of Rhode Island or some other person authorized by law to take depositions, and hear testimony, at the offices of JACKSON LEWIS LLP, 127 Dorrance Street, Providence, RI 02903, on the **28th day of July, 2006, at 12:00 p.m.** Pursuant to the provisions of the Rhode Island Superior Court Rules of Civil Procedure 30(b)(6), Cherry Hill Nursing Home, Ltd. is required to designate one or more officers, directors, managing agents, or other persons who consent to testify on its behalf, with respect to those topics identified in <u>Schedule A</u> and produce the documents in <u>Schedule B</u>.

**<u>PLEASE SEE ATTACHED SCHEDULE A AND SCHEDULE B</u>**

Hereof fail not as you will answer your default under the pains and penalties in the law in that behalf made and provided.

LIFE CARE CENTERS, INC., d./b/a
CHERRY HILL MANOR, PAMELA
CHARRON, STEVE HAASE

By its attorney,

Christopher J. Campbell (R.I. Bar No. 6611)
JACKSON LEWIS LLP
127 Dorrance Street
Providence, RI 02903
401) 490-3444; (401) 454-8855 fax

On this 13th day of July, 2006, before me, the undersigned notary public, personally appeared Christopher J. Campbell, who is personally known to me to be the person whose name is signed on the attached document, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of his knowledge and belief.

Dianne S. Varone
(official signature and seal of notary)
My commission expires: 6/12/09

DIANNE S. VARONE
NOTARY PUBLIC
COMMONWEALTH of MASSACHUSETTS
MY COMMISSION EXPIRES
JUNE 12, 2009

# SCHEDULE A

The matters on which the witness or witnesses will be asked to testify are as follows:

1. The purchase and sale of Cherry Hill Manor in or about 1996, and

2. The real estate holdings and other assets owned or controlled by Cherry Hill Nursing Home, Ltd. from 1996 through the present.

3. Any ongoing relationship between Cherry Hill Nursing Home, Ltd. and Life Care and/or any entities related to, owned or controlled by Life Care.

# SCHEDULE B

You are requested to provide the following documents:

1. Documents reflecting the purchase and sale of Cherry Hill Manor in or about 1996, and

2. Documents reflecting or regarding the current or former real estate holdings and other assets owned or controlled by Cherry Hill Nursing Home, Ltd. from 1996 to the present.

3. The business operations and transactions of Cherry Hill Nursing Home, Ltd. From 1996 to the present.

This subpoena is focused on all financial records and entire files relating to the sale of Cherry Hill Manor and/or the business operations and transactions of Cherry Hill Nursing Home, Ltd. that are in your possession, custody or control. This subpoena is NOT limited as to scope.

STATE OF RHODE ISLAND
PROVIDENCE/BRISTOL COUNTY

SUPERIOR COURT DEPT

IRENE FERRUCCIO,
Plaintiff

v.

CHERRY HILL MANOR, CHERRY HILL NURSING, LTD., LIFE CARE CENTERS OF AMERICA, INC. EDWARD J. MITSON, JR., in his official capacity, PAMELA CHARRON, in her personal and official capacity, and STEVE HAASE, in his personal and official capacity,
Defendants.

CIVIL ACTION NO. 06-1227

**NOTICE OF TAKING DEPOSITION**

**TO:** **Patricia Andrews**
**129 Dyer Street**
**Providence, RI 02903**

PLEASE TAKE NOTICE that at 10:00 a.m. on Friday, July 28, 2006, at the offices of Jackson Lewis LLP, 127 Dorrance Street, Providence, RI 02903, the Defendant, Life Care Centers of America, Inc. ("Life Care") will take the deposition upon oral examination of Edward J. Mitson, Jr., pursuant to the Superior Court Rules of Civil Procedure, before a notary public or some other officer authorized by law to administer oaths. Deponent has been requested to bring the following:

**PLEASE SEE ATTACHED SCEDULE A**

You are invited to attend and cross-examine.

Respectfully submitted,

LIFE CARE CENTERS, INC., d./b/a
CHERRY HILL MANOR, PAMELA
CHARRON, STEVE HAASE

By its attorney,

Christopher J. Campbell (R.I. Bar No. 6611)
JACKSON LEWIS LLP
127 Dorrance Street
Providence, RI 02903
(401) 490-3444; (401) 454-8855 fax

Date: July 13, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of July, 2006, a copy of the foregoing was served on counsel for Plaintiff, Patricia E. Andrews, Esquire, 129 Dyer Street, Providence, RI 02903, via U. S. first-class mail, postage pre-paid.

Jackson Lewis LLP

# SCHEDULE A

You are requested to provide the following documents:

1. Documents reflecting the purchase and sale of Cherry Hill Manor in or about 1996, and

2. Documents reflecting or regarding the current or former real estate holdings and other assets owned or controlled by Cherry Hill Nursing Home, Ltd. from 1996 to the present.

3. The business operations and transactions of Cherry Hill Nursing Home, Ltd. From 1996 to the present.

STATE OF RHODE ISLAND
PROVIDENCE/BRISTOL COUNTY

SUPERIOR COURT DEPT

IRENE FERRUCCIO,
Plaintiff

v.

CHERRY HILL MANOR, CHERRY HILL NURSING, LTD., LIFE CARE CENTERS OF AMERICA, INC. EDWARD J. MITSON, JR., in his official capacity, PAMELA CHARRON, in her personal and official capacity, and STEVE HAASE, in his personal and official capacity,
Defendants.

CIVIL ACTION NO. 06-1227

**NOTICE OF TAKING DEPOSITION PURSUANT TO SUPERIOR COURT R. CIV. P. 30(b)(6) AND 45 OF CHERRY HILL NURSING HOME, LTD.**

**TO:** **Patricia E. Andrews, Esq.**
**129 Dyer Street**
**Providence, RI 02903**

PLEASE TAKE NOTICE that at 12:00 p.m. on Friday, July 28, 2006, at the offices of Jackson Lewis LLP, 127 Dorrance Street, Providence, RI 02903, the Defendant, Life Care Centers of America, Inc. ("Life Care") will take the deposition upon oral examination of a representative from Cherry Hill Nursing Home, Ltd., pursuant to the Superior Court Rules of Civil Procedure, before a notary public or some other officer authorized by law to administer oaths.

Pursuant to the provisions of Superior Court R. Civ. P. 30(b)(6), Cherry Hill Nursing Home, Ltd. is required to designate on or more officers, directors or managing agents, or other persons who consent to testify on its behalf, with respect to these topics identified on <u>Schedule A</u>

attached hereto. Additionally, the individual(s) is hereby commanded to produce the documents identified on Schedule B.

**PLEASE SEE ATTACHED SCHEDULE A AND SCHEDULE B**

You are invited to attend and cross-examine.

Respectfully submitted,

LIFE CARE CENTERS, INC., d./b/a
CHERRY HILL MANOR, PAMELA
CHARRON, STEVE HAASE

By its attorney,

Christopher J. Campbell (R.I. Bar No. 6611)
JACKSON LEWIS LLP
127 Dorrance Street
Providence, RI 02903
(401) 490-3444; (401) 454-8855 fax

Date: July 13, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of July, 2006, a copy of the foregoing was served on counsel for Plaintiff, Patricia E. Andrews, Esquire, 129 Dyer Street, Providence, RI 02903, via U. S. first-class mail, postage pre-paid.

Jackson Lewis LLP

# SCHEDULE A

The matters on which the witness or witnesses will be asked to testify are as follows:

1. The purchase and sale of Cherry Hill Manor in or about 1996, and

2. The real estate holdings and other assets owned or controlled by Cherry Hill Nursing Home, Ltd. from 1996 through the present.

3. Any ongoing relationship between Cherry Hill Nursing Home, Ltd. and Life Care and/or any entities related to, owned or controlled by Life Care.

# SCHEDULE B

You are requested to provide the following documents:

1. Documents reflecting the purchase and sale of Cherry Hill Manor in or about 1996, and

2. Documents reflecting or regarding the current or former real estate holdings and other assets owned or controlled by Cherry Hill Nursing Home, Ltd. from 1996 to the present.

3. The business operations and transactions of Cherry Hill Nursing Home, Ltd. From 1996 to the present.

This subpoena is focused on all financial records and entire files relating to the sale of Cherry Hill Manor and/or the business operations and transactions of Cherry Hill Nursing Home, Ltd. that are in your possession, custody or control. This subpoena is NOT limited as to scope.