Representing Management Exclusively in Workplace Law and Related Litigation

jackson lewis
Attorneys at Law

Jackson Lewis LLP
75 Park Plaza
Boston, Massachusetts 02116
Tel 617 367-0025
Fax 617 367-2155
www.jacksonlewis.com

ATLANTA, GA
BOSTON, MA
CHICAGO, IL
DALLAS, TX
GREENVILLE, SC
HARTFORD, CT
LONG ISLAND, NY
LOS ANGELES, CA
MIAMI, FL
MINNEAPOLIS, MN
MORRISTOWN, NJ
NEW YORK, NY
ORLANDO, FL
PITTSBURGH, PA
RALEIGH-DURHAM, NC
SACRAMENTO, CA
SAN FRANCISCO, CA
SEATTLE, WA
STAMFORD, CT
WASHINGTON, DC REGION
WHITE PLAINS, NY

July 25, 2006

**VIA FACSIMILE and REGULAR MAIL**
**401-351-4802**

Carly Beauvais Iafrate, Esquire
129 Dyer Street
Providence, RI 02903

Re: Barbara Antonucci v. Cherry Hill Manor
U. S. District Court / District of Rhode Island C. A. No.: 2006-108-ML

and

Irene Ferruccio v. Cherry Hill Manor, et al
Providence / Bristol County C. A. No.: 2006-1227

Dear Carly:

After serving the subpoenas on Cherry Hill Nursing Home, Ltd. and Edward Mitson, Jr. (the "Former Owners"), I have been in contact with Mr. Mitson. In order to save the time and expense of going forward with the depositions currently scheduled for July 28, 2006, Mr. Mitson is willing to sign a declaration indicating, among other things, that the Former Owners sold their entire interest in Cherry Hill Manor ("CHM") to my client, Life Care Centers of America, Inc. ("Life Care"). The declaration will also make it clear that the Former Owners have not maintained any ongoing relationship with Life Care since selling CHM in 1996.

We believe this information fully resolves any lingering doubts Plaintiff may have as to the ownership of CHM. Accordingly, we will produce these declarations to you once they are signed. Given this information, we request that you withdraw your motion to remand and, as set forth in Magistrate Almond's decision, we request that you voluntarily dismiss the Former Owners and consent to removal of the matter entitled Irene Ferruccio v. Life Care Centers of America, Inc., et al.

If there is any additional information you would like to obtain from the former owners, I am willing to proceed with the deposition on Friday. In the alternative, I would

jackson | lewis
Attorneys at Law



If there is any additional information you would like to obtain from the former owners, I am willing to proceed with the deposition on Friday. In the alternative, I would also be glad to request that the Former Owners address any such issues by way of written declaration. I will contact you to determine if there are other areas of inquiry you wish to pursue.

Very truly yours,

JACKSON LEWIS LLP

Christopher J. Campbell

CJC/mb