UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BARBARA ANTONUCCI,<br>Plaintiff<br><br>v.<br><br>CHERRY HILL MANOR, CHERRY HILL NURSING, LTD., LIFE CARE CENTERS OF AMERICA, INC. EDWARD J. MITSON, JR., in his official capacity, PAMELA CHARRON, in her personal and official capacity, and STEVE HAASE, in his personal and official capacity,<br>Defendants. | ) | C.A. No. 06-108-ML |

**DECLARATION OF EDWARD MITSON, JR.**

I, Edward Mitson, Jr., on oath depose and state as follows:

1. I reside at 21 Scenic View Drive, Johnston, Rhode Island, 02919.

2. I was one of the partners of a limited partnership called Cherry Hill Nursing Home, Ltd. ("Cherry Hill Ltd.")

3. Cherry Hill Ltd. was established for the purpose of owning and operating a nursing home currently known as Cherry Hill Manor, located at 2 Cherry Hill Road in Johnston, Rhode Island.

4. In or about 1996, Cherry Hill Ltd. sold its entire interest in CHM to Life Care Centers of America, Inc. ("Life Care"). Following the sale of CHM, the owners of Cherry Hill Ltd. divided the proceeds of the sale.

5. Since the sale of CHM in 1996, Cherry Hill Ltd. has not maintained any assets.

6. Since the sale of CHM in 1996, neither I nor any of the partners of Cherry Hill Ltd. have maintained any ongoing relationship with Life Care or with CHM.

Signed under the pains and penalties of perjury this 1st day of August 2006.

Edward Mitson, Jr.

**CERTIFICATE OF SERVICE**

This is to certify that on August ~~4~~ 7, 2006, a copy of the foregoing document was served upon Plaintiff's attorney, Carly Beauvais Iafrate, Esquire, 129 Dyer Street, Providence, Rhode Island, 02903, by first-class mail, postage prepaid.

Jackson Lewis LLP