UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

BARBARA ANTONUCCI

v. CA 06-108ML

CHERRY HILL MANOR

PRETRIAL ORDER

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, it is ordered that all discovery will be closed by **March 6, 2007**. Plaintiff shall make its expert witness disclosures as required by F.R.Civ.P. 26(a)(2) by **January 5, 2007**. Defendant shall make its expert witness disclosures as required by F.R.Civ.P. 26(a)(2) by **February 5, 2007**. Dispositive motions shall be filed by **March 20, 2007**.

Counsel shall file electronically, 30 days after a decision on any dispositive motion, or, if no dispositive motions are filed, by **April 6, 2007** a memorandum which shall contain the following information:

1. (a) Plaintiff will set forth what is expected to be proven in support of the claim, indicating each witness to testify with a brief summary of his/her testimony and a statement as to whether that witness will testify as an expert.

1. (b) Defendant will set forth what is expected to be proven in defense, indicating each witness to testify with a brief summary of his/her testimony and a statement as to whether that witness will testify as an expert.

2. A memorandum of supporting law with citations of authorities. This is to include all the law applicable to the case with emphasis on special legal issues. All pertinent citations will be fully briefed.

3. A statement as to probable length of trial.

At least 10 days before jury selection, or, in the case of a matter to be tried without a jury, 10 days before trial is to begin, counsel shall submit to the court in conventional form (paper) the following:

1. A list of all exhibits intended to be offered at the trial with statements of the purpose for which the exhibit is offered. All said exhibits will be pre-marked by the plaintiff in numerical order and by the defendant in alphabetical order.

2. If said captioned case is to be tried before a jury, full and complete proposed jury instructions.

**NB: Unless otherwise permitted by the Court for good cause shown, documents filed in support of or in opposition to any motion shall not exceed the following page limits:**

1. **Memoranda of Law. A memorandum of law in support of or in opposition to a motion shall not exceed 10 pages; provided, however, that memoranda in support of or in opposition to a motion to dismiss or a motion for summary judgment shall not exceed 20 pages. Reply memoranda shall not exceed 5 pages.**

2. **Statement of Undisputed Facts. Statements of undisputed facts relating to a motion for summary judgment shall not exceed 10 pages.**

3. **Appendices, Exhibits and Other Supporting Documents. Appendices, exhibits and any other documents, regardless of how they are denominated, shall not exceed 10 pages in the aggregate; or, in the case of a motion for summary judgment, 20 pages in addition to the statement of undisputed facts.**

Failure to strictly comply with this order will result in appropriate sanctions which may include dismissal, default, or exclusion of evidence.

After 10 days from the close of discovery, no motions shall be filed except by leave of the undersigned; the case is subject to being called fro trial on 48-hour notice, unless otherwise ordered by the undersigned.

Every effort should be made to settle the case before jurors are summoned for impanelment. **Counsel are to advise the clerk of any such settlement and file a stipulation of dismissal no later than 7 days before the scheduled impanelment date.** Jury costs and/or counsel fees may be assessed against one or more of the parties and/or their counsel if the court determines that the lateness of settlement was due to unreasonable or vexatious conduct or neglect.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
United States District Judge
September 7, 2006

Entered as an Order of this Court on September 7, 2006.

Barbara Barletta
Deputy Clerk