**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **BARBARA ANTONUCCI,** **Plaintiff,** | : | |
| **v.** | : | **C.A. No. 06-108ML** |
| **CHERRY HILL MANOR, ET AL.,** **Defendants.** | : | |

**PLAINTIFF'S MOTION TO EXTEND THE TIME FOR EXPERT DISCLOSURE**

Now comes the Plaintiff, Barbara Antonucci ("Plaintiff"), and hereby requests an extension of time within which to make her expert disclosures pursuant to Fed. R.. Civ. P. 26(a)(2) and this Court's pre-trial order. The disclosures are presently due by January 5, 2007. Plaintiff is requesting another thirty days, or up to and including February 5, 2007.

As grounds therefore, Plaintiff states that the parties are diligently engaged in discovery efforts as follows. The parties have exchanged an initial set of written discovery, with the exception of additional documents still outstanding from Defendants.[1] Depositions are to commence on January 9. Plaintiff needs additional time to determine whether experts are necessary. Accordingly, Plaintiff respectfully requests that this request for extension of time be granted.

[1]In order to obtain certain documents, Defendants required Plaintiff's counsel to execute a stipulation of confidentiality. The stipulation was signed and returned on December 28, 2007. The documents have not yet been received.

Plaintiff,
By her attorneys,

/s/ Carly Beauvais Iafrate

______________________________

Patricia E. Andrews, #4321
Carly Beauvais Iafrate, #6343
129 Dyer Street
Providence, RI 02903
(401) 421-0966
(401) 421-0964 (fax)

**CERTIFICATION**

The undersigned also hereby certifies that this document has been filed electronically on this 3rd day of January 2007, and is available for viewing and downloading to the ECF registered counsel of record:

Via Electronic Service/ECF:

Christopher J. Campbell, Esq.
Jackson Lewis, LLP
75 Park Plaza
Boston, MA 02116

/s/ Carly Beauvais Iafrate

______________________________