UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BARBARA ANTONUCCI,<br>Plaintiff,<br><br>v.<br><br>LIFE CARE CENTERS OF AMERICA, INC.,<br>PAMELA CHARRON, in her personal and official capacity, and<br>STEVE HAASE, in his personal and official capacity,<br>Defendants. | : | C.A. No. 06-108-ML |

**DEFENDANT'S MOTION TO AMEND TRACKING ORDER**

Defendant, Life Care Centers Of America, Inc., ("Life Care" or "Defendant"), hereby moves to have the deadlines set forth in the Tracking Order in this case amended to extend each of the deadlines for thirty (30) days. In particular, Defendant moves to extend the deadline for completion of discovery, which is currently set for March 6, 2007, up to and including April 6, 2007; to extend the deadline for Defendant to make expert witness disclosures, which is currently set for February 5, 2007, up to and including March 5, 2007; and to extend the deadline for dispositive motions, currently set for March 20, 2007, up to and including April 20, 2007.

As grounds for this motion, Defendant states that the Plaintiff has submitted a motion to extend the date by which she must make expert witness disclosures by thirty (30) days. Defendant received no prior notice of this motion and, while Defendant does not object to Plaintiff's request for an extension, the other deadlines set forth in the Tracking Order are scheduled to coincide with Plaintiff's expert witness disclosure, currently scheduled for January

5, 2007. Accordingly, to the extent that this Court grants Plaintiff's motion to extend expert witness disclosure by thirty (30) days – from January 5, 2007 until February 5, 2007 – this Court should similarly extend the remaining deadlines set forth in the Tracking Order by thirty (30) days.

WHEREFORE, Defendant respectfully request that the tracking order be amended to extend the deadline for completion of discovery up to and including April 6, 2007; extend the deadline for Defendant's expert witness disclosures up to and including March 5, 2007; and for service of dispositive motions up to and including April 20, 2007.

Respectfully submitted,
LIFE CARE CENTERS, INC.,
By its attorneys,

/s/ Christopher J. Campbell
Christopher J. Campbell, R.I. Bar No. 6611
JACKSON LEWIS LLP
75 Park Plaza, 4th Floor
Boston, MA 02116
617-367-0025

Dated: January 3, 2007

**CERTIFICATE OF SERVICE**

This is to certify that on January 3, 2007, a copy of the above document was electronically filed with the United States District Court for the District of Rhode Island through its Electronic Case Filing System.

/s/ Christopher J. Campbell
Jackson Lewis LLP