**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **BARBARA ANTONUCCI,** **Plaintiff,** | : | |
| **v.** | : | **C.A. No. 03-481 ML** |
| **CHERRY HILL MANOR, et al.,** **Defendants.** | : | |

**PLAINTIFF'S MOTION TO COMPEL DEFENDANT'S SUPPLEMENTAL RESPONSE TO PLAINTIFF'S DOCUMENT REQUEST**

Now comes the Plaintiff, Barbara Antonucci, ("Plaintiff"), and hereby moves to compel Defendant to provide a supplemental response to Plaintiff's document request within twenty (20) days of the date of hearing on this motion.

In support of this motion, Plaintiff relies on the memorandum submitted herewith.

Plaintiff,
By her attorneys,

/s/ Carly Beauvais Iafrate

Patricia E. Andrews, #4321
Carly Beauvais Iafrate, #6343
129 Dyer Street
Providence, Rhode Island 02903
(401) 421-0966
(401) 421-0964 (fax)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document has been filed electronically on this 21st day of February 2007, and is available for viewing and downloading to the ECF registered counsel of record:

Via Electronic Service/ECF:

Christopher J. Campbell, Esq.
campbelc@jacksonlewis.com

/s/ Carly Beauvais Iafrate
______________________________