UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BARBARA ANTONUCCI,<br>Plaintiff, | : | |
| v. | : | |
| LIFE CARE CENTERS OF AMERICA, INC.,<br>PAMELA CHARRON, in her personal and official capacity, and<br>STEVE HAASE, in his personal and official capacity,<br>Defendants. | : | C.A. No. 06-108-ML |

**JOINT MOTION TO AMEND TRACKING ORDER**

Parties in the above-captioned matter hereby move to have the deadlines for discovery and dispositive motions amended to extend each of the deadlines for thirty-one (31) additional days. In particular, the parties move to extend the deadline for completion of discovery, which is currently set for April 6, 2007, up to and including May 7, 2007; and to extend the deadline for dispositive motions, currently set for April 20, 2007, up to and including May 21, 2007.

As grounds for this motion, the parties state that they have been diligently pursing discovery, including Plaintiff's deposition and witness depositions, but that there remain several additional deposition to complete. In addition, Steve Haase, one of the individual defendants, was scheduled to be deposed, but was required to cancel his deposition and take an extended leave out of state because of the failing health of his mother. Mr. Haase continues to be on leave and, as a result, the parties have not had an opportunity to schedule his deposition.

In addition, Plaintiff has moved to compel documents and Defendant believes that the majority of the issues raised by Plaintiff's motion can be resolved through discussions with the Plaintiff. The additional time requested will enable the parties to continue these discussions and reduce or eliminate the need for Court intervention.

The requested extension will not result in undue delay of this matter. The parties have made only one previous request for an extension, and that extension was only for an additional thirty (30) days. The present request is similarly modest and, barring unforeseen circumstances, the parties do not anticipate that additional requests for extensions will be necessary.

WHEREFORE, the parties respectfully request that the tracking order be amended to extend the deadline for completion of discovery up to and including May 7, 2007, and for service of dispositive motions up to and including May 21, 2007.

Respectfully submitted,

PLAINTIFF,
BARBARA ANTONUCCI,
By her attorney,

/s/ Carly B. Iafrate
Carly Beauvais Iafrate, RI Bar No. 6343
129 Dyer Street
Providence, RI 02903
401-421-0966

DEFENDANT,
LIFE CARE CENTERS, INC.,
By its attorneys,

/s/ Christopher J. Campbell
Christopher J. Campbell, R.I. Bar No. 6611
JACKSON LEWIS LLP
75 Park Plaza, 4th Floor
Boston, MA 02116
617-367-0025

Dated: February 28, 2007

**CERTIFICATE OF SERVICE**

This is to certify that on February 28, 2007, a copy of the above document was electronically filed with the United States District Court for the District of Rhode Island through its Electronic Case Filing System.

/s/ Christopher J. Campbell
Jackson Lewis LLP