UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| BARBARA ANTONUCCI,<br>Plaintiff,<br><br>v.<br><br>LIFE CARE CENTERS OF AMERICA, INC.,<br>PAMELA CHARRON, in her personal and official capacity, and<br>STEVE HAASE, in his personal and official capacity,<br>Defendants. | C.A. No. 06-108-ML |

**DEFENDANT, LIFE CARE CENTER'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL MORE RESPONSIVE DOCUMENT PRODUCTION**

Defendant, Life Care Centers of America, Inc. ("Defendant") opposes Plaintiff's Motion To Compel More Responsive Document Production. Defendant has filed herewith a memorandum detailing the reasons for its opposition to Plaintiff's motion.

Respectfully submitted,
LIFE CARE CENTERS, INC.,
By its attorneys,

/s/ Christopher J. Campbell
Christopher J. Campbell, R.I. Bar No. 6611
JACKSON LEWIS LLP
75 Park Plaza, 4th Floor
Boston, MA 02116
617-367-0025

Dated: March 12, 2007

**CERTIFICATE OF SERVICE**

This is to certify that on March 12, 2007, a copy of the above document was electronically filed with the United States District Court for the District of Rhode Island through its Electronic Case Filing System.

/s/ Christopher J. Campbell
Jackson Lewis LLP