**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **BARBARA ANTONUCCI,**<br>**Plaintiff,**<br><br>**v.**<br>**CHERRY HILL MANOR, et al.,**<br>**Defendants.** | **C.A. No. 06-108 ML** |

**PLAINTIFF'S MOTION TO EXTEND TIME FOR EXPERT REPORT**

Now comes the Plaintiff, Barbara Antonucci ("Plaintiff"), and hereby requests an extension of time to transmit the expert report(s) to accompany the expert disclosure (transmitted by mail to Defendants today). Plaintiff is requesting an additional seven (7) days, or up to and including March 27, 2007, to obtain the actual reports from the physicians' offices.

No prejudice will be suffered by Defendants. Discovery closure date is May 7, 2007, and the disclosure document itself has been transmitted. Plaintiff also incorporates the facts as recited in her previous motion for additional time relative to the information that Defendants have had about these two physicians, including medical records and the opportunity to depose them.

Wherefore, Plaintiff respectfully requests that the motion be granted.

Plaintiff,
By her attorneys,

/s/ Carly Beauvais Iafrate

Patricia E. Andrews, #4321
Carly Beauvais Iafrate, #6343
129 Dyer Street
Providence, Rhode Island 02903
(401) 421-0966
(401) 421-0964 (fax)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document has been filed electronically on this 20th[t] day of March 2007, and is available for viewing and downloading to the ECF registered counsel of record:

Via Electronic Service/ECF:

Christopher J. Campbell, Esq.
campbelc@jacksonlewis.com

/s/ Carly Beauvais Iafrate