**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **BARBARA ANTONUCCI,** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **C.A. No. 06-108 ML** |
| **CHERRY HILL MANOR, et al.,** | : | |
| **Defendants.** | : | |

**PLAINTIFF'S MOTION TO EXTEND TIME FOR EXPERT REPORT**

Now comes the Plaintiff, Barbara Antonucci ("Plaintiff"), and hereby requests an extension of time to transmit the second expert report to accompany the expert disclosure (submitted two weeks ago). Plaintiff is requesting an up until April 13, 2007, to obtain the report from the office of Dr. Tytell. Plaintiff has already transmitted the first expert report, from Dr. Leon.

No prejudice will be suffered by Defendants. Discovery closure date is May 7, 2007, and the disclosure document itself has been transmitted. Plaintiff also incorporates the facts as recited in her previous motions for additional time relative to the information that Defendants have had about these two physicians, including medical records and the opportunity to depose them.

Wherefore, Plaintiff respectfully requests that the motion be granted.

Plaintiff,
By her attorneys,

/s/ Carly Beauvais Iafrate

Patricia E. Andrews, #4321
Carly Beauvais Iafrate, #6343

129 Dyer Street
Providence, Rhode Island 02903
(401) 421-0966
(401) 421-0964 (fax)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document has been filed electronically on this 6th day of April 2007, and is available for viewing and downloading to the ECF registered counsel of record:

Via Electronic Service/ECF:

Christopher J. Campbell, Esq.
campbelc@jacksonlewis.com

/s/ Carly Beauvais Iafrate