UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BARBARA ANTONUCCI,<br>Plaintiff,<br><br>v.<br><br>LIFE CARE CENTERS OF AMERICA, INC.,<br>PAMELA CHARRON, in her personal and official capacity, and<br>STEVE HAASE, in his personal and official capacity,<br>Defendants. | : | C.A. No. 06-108-ML |

**DEFENDANTS' MOTION**
**TO PRECLUDE TESTIMONY BY PLAINTIFF'S EXPERT WITNESSES**

Defendants, Life Care Centers of America, Inc. ("Life Care"), Pamela Charron, and Steve Haase (collectively "Defendants"), hereby request this Court to preclude the testimony by Plaintiff's expert witnesses in this matter. In support of their motion, Defendants submit the attached Memorandum In Support Of Defendants' Motion To Preclude Testimony By Plaintiff's Expert Witnesses.

Respectfully submitted,
LIFE CARE CENTERS, INC.,
By its attorneys,

/s/ Christopher J. Campbell
Christopher J. Campbell, R.I. Bar No. 6611
JACKSON LEWIS LLP
75 Park Plaza, 4th Floor
Boston, MA 02116
617-367-0025

Dated: April 17, 2007

**CERTIFICATE OF SERVICE**

This is to certify that on April 17, 2007, a copy of the above document was electronically filed with the United States District Court for the District of Rhode Island through its Electronic Case Filing System.

/s/ Christopher J. Campbell
Jackson Lewis LLP