UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**BARBARA ANTONUCCI,**

**Plaintiff**

**v.** **C.A. No. 06-108-ML**

**CHERRY HILL MANOR, et al**

**Defendants**

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that the undersigned will take the deposition of **MADELINE HORNER** on the 1st day of May at 10:00 a.m. at the offices of Patricia E. Andrews, 129 Dyer Street, Providence, RI 02903. Said examination will be taken upon oath before a Notary Public.

Plaintiff,
By her Attorneys,

Patricia E. Andrews, #4321
Carly Beauvais Iafrate, #6343
129 Dyer Street
Providence, RI 02903
(401) 421-0966
(401) 421-0964 (fax)

**CERTIFICATION**

I hereby certify that a true copy of the within document has been sent by first-class mail to Christopher J. Campbell, Esq., Jackson Lewis, LLP, 75 Park Plaza, Boston, MA 02116, on the 18th day of April, 2007.

[signature]