UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BARBARA ANTONUCCI,<br>Plaintiff,<br>v.<br>LIFE CARE CENTERS OF AMERICA, INC.,<br>PAMELA CHARRON, in her personal and official capacity, and<br>STEVE HAASE, in his personal and official capacity,<br>Defendants. | : | C.A. No. 06-108-ML |

**DEFENDANT, LIFE CARE CENTER'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO TAKE FURTHER DEPOSITION PURSUANT TO RULES 26 AND 30 AND MOTION FOR CONSOLIDATED DISCOVERY HEARING**

Defendant, Life Care Centers of America, Inc. ("Defendant") opposes Plaintiff's Motion For Leave To Take Further Deposition Pursuant To Rules 26 And 30 (Document 32, filed April 16, 2007), and requests that the Court consolidate the hearing on this motion with Plaintiff's other two pending discovery motions. Defendant's respective oppositions to the other two motions (Documents 38 and 39) are due to filed on May 11 and May 14, 2007. In support of its opposition to Plaintiff's Motion For Leave To Take Further Deposition Pursuant To Rules 26 And 30 and its Motion For Consolidated Discovery Hearing, Defendant has submitted a memorandum in support.

Respectfully submitted,

LIFE CARE CENTERS, INC.,
By its attorneys,

/s/ Christopher J. Campbell

Christopher J. Campbell, R.I. Bar No. 6611
JACKSON LEWIS LLP
75 Park Plaza, 4th Floor
Boston, MA 02116
617-367-0025

May 3, 2007

**CERTIFICATE OF SERVICE**

This is to certify that on May 3, 2007, a copy of the above document was electronically filed with the United States District Court for the District of Rhode Island through its Electronic Case Filing System.

/s/ Christopher J. Campbell
Jackson Lewis LLP