UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BARBARA ANTONUCCI,<br>Plaintiff,<br><br>v.<br><br>LIFE CARE CENTERS OF AMERICA, INC.,<br>PAMELA CHARRON, in her personal and official capacity, and<br>STEVE HAASE, in his personal and official capacity,<br>Defendants. | : | C.A. No. 06-108-ML |

**DEFENDANTS' MOTION TO EXTEND DEADLINE FOR DISPOSITIVE MOTIONS**

Defendants in the above-captioned matter hereby move to have the deadline for dispositive motions, currently set for May 21, 2007, extended for an additional thirty-one (31) days, to June 21, 2007.

As grounds for this motion, Defendants state that they have diligently pursed discovery, but that Plaintiff recently served notices for several additional depositions which have occurred during the final week of the discovery period. To date, Defendant has not received any of the transcripts from the Court reporter selected by Plaintiff, and does not anticipate receiving a complete set of the deposition transcripts until about or after May 21, 2007, which is the deadline for filing dispositive motions, per the Court's Notice dated March 1, 2007.

The requested extension will not result in undue delay of this matter. The parties have made only one previous joint request for an extension, and that extension was only for an additional thirty (30) days. The present request is similarly modest and, barring unforeseen circumstances, Defendants do not anticipate that additional requests for extensions will be

necessary. Furthermore, Plaintiff has made six previous requests for extensions of the deadline for expert disclosures (Documents 16, 23, 27, 29, 30, and 31), all of which have been granted by the Court.

In addition, Plaintiff has filed a Motion To Extend Discovery (Document 40, filed April 26, 2007) in which Plaintiff requested an extension up to July 6, 2007 for the completion of discovery and up to July 20, 2007 for serving dispositive motions. While Defendants do not anticipate submitting an opposition to Plaintiff's motion for a 60-day extension of the tracking order, Defendant believes that a 30-day extension would be sufficient. Of course, Defendants' instant motion may be rendered moot, depending on the Court's ruling on Plaintiff's Motion To Extend Discovery (Document 40, filed April 2, 2007).

Defendants sought to confer with Plaintiff regarding this motion, but have been unable to contact Plaintiff.

WHEREFORE, Defendants respectfully request that the deadline for service of dispositive motions be extended up to and including June 21, 2007.

Respectfully submitted,

DEFENDANTS,
By their attorneys,

/s/ Christopher J. Campbell
Christopher J. Campbell, R.I. Bar No. 6611
JACKSON LEWIS LLP
75 Park Plaza, 4th Floor
Boston, MA 02116
617-367-0025

Dated: May 4, 2007

**CERTIFICATE OF SERVICE**

This is to certify that on May 4, 2007, a copy of the above document was electronically filed with the United States District Court for the District of Rhode Island through its Electronic Case Filing System.

/s/ Christopher J. Campbell
Jackson Lewis LLP