UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| BARBARA ANTONUCCI, Plaintiff, v. LIFE CARE CENTERS OF AMERICA, INC., PAMELA CHARRON, in her personal and official capacity, and STEVE HAASE, in his personal and official capacity, Defendants. | C.A. No. 06-108-ML |

**ORDER**

Pursuant to this Court's oral ruling at the telephonic hearing in this matter held on June 6, 2007, the deadline for completing the continued deposition of Pamela Charron is extended to June 23, 2007 and the deadline for filing dispositive motions is hereby extended to June 28, 2007.

SO ORDERED:

David L. Martin

David L. Martin, J.

DATE: 6-~~13~~ 14-07
DLM