UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

BARBARA ANTONUCCI,
Plaintiff,

v.

LIFE CARE CENTERS OF AMERICA, INC., PAMELA CHARRON, in her personal and official capacity, and STEVE HAASE, in his personal and official capacity,
Defendants.

C.A. No. 06-108-ML

**AFFIDAVIT OF CHRISTOPHER J. CAMPBELL**

I, Christopher J. Campbell, on oath, do depose and state as follows:

1. I am an attorney at the law firm of Jackson Lewis LLP, 75 Park Plaza, Boston, MA 02116, (617) 367-0025. This firm represents Defendants, Life Care Centers of America, Inc, Pamela Charron, and Steve Haase in the above referenced matter.

2. On April 30, 2007, the deposition of Steve Haase was taken. True and accurate copies of relevant excerpts of that transcript are attached as Exhibit A.

3. On April 11, 2007, the deposition of Pamela Charron was taken. True and accurate copies of relevant excerpts of that deposition are attached as Exhibit B.

4. On February 9, 2007, the deposition of Donna Sweeting was taken. True and accurate copies of relevant excerpts of that deposition are attached as Exhibit C.

5. On May 3, 2007, the deposition of Joseph Pereira was taken. True and accurate copies of relevant excerpts of that deposition are attached as Exhibit D.

6. On January 9, 2007 and February 5, 2007, the deposition of Barbara Antonucci was taken. True and accurate copies of relevant excerpts of that deposition are attached as Exhibit E.

7. On February 7, 2007, the deposition of Rebecca Santin was taken. True and accurate copies of relevant excerpts of that deposition are attached as Exhibit F.

8. At her deposition, Plaintiff acknowledged receiving a December 8, 2003 written warning (P. Tr. 121-131). A true and accurate copy of the document is attached as Exhibit G.

9. At her deposition, Plaintiff acknowledged receiving an August 23, 2004 Action Plan (Pl. Tr. 181-182). A true and accurate copy of the document is attached as Exhibit H.

10. At her deposition, Plaintiff acknowledged receiving an October 4, 2004 termination notice (Pl. Tr. 222-223). A true and accurate copy of the document is attached as Exhibit I.

Signed under the pains and penalties of perjury this 28th day of June, 2007.

/s/ Christopher J. Campbell
Christopher J. Campbell

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document has been filed electronically on June 28, 2007, and is available for viewing and downloading to the ECF registered counsel of record:

Via Electronic Service/ECF:

Patricia E. Andrews, Esquire
peandrews@verizon.net

and

Carly B. Iafrate, Esquire
ciafrate@verizon.net

/s/ Christopher J. Campbell