UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

BARBARA ANTONUCCI,
Plaintiff,

v.

LIFE CARE CENTERS OF AMERICA, INC., PAMELA CHARRON, in her personal and official capacity, and STEVE HAASE, in his personal and official capacity,
Defendants.

C.A. No. 06-108-ML

**AFFIDAVIT OF MADELINE HORNER**

I, Madeline Horner, on oath, do depose and state as follows:

1. I am currently an accounts payable/payroll clerk at Cherry Hill Manor. I have served in this capacity for the last seven and a half years. In my position I am familiar with a payroll system in use at Cherry Hill Manor, including during 2004-2005. the time of Plaintiff's discharge and . This payroll system contained personnel information such as employee names, department numbers, dates of birth, and dates of termination. This system is no longer available at Cherry Hill Manor, as a result of a system upgrade in approximately July 2005.

2. On or about March 4, 2005, using the pay previous system and the information contained within, I created a list of then current employees at Cherry Hill Manor including employees' names, dates of hire, ages, and department numbers. A true and accurate copy of that list is attached as Exhibit A.

3. Of the total 233 employees on Exhibit A, 120 are over the age of 40, and 113 are under the age of 40. In addition, 11 of the then current employees were aged 60 or older at the time the list was compiled.

4. On or about February 23, 2005, using the pay previous system and the information contained within, I created a list of employees who ceased employment during 2004 and early 2005, including employees' names, ages, dates of termination and reason for termination, if known. A true and accurate copy of that list is attached as Exhibit B. Where a reason begins with a "D," it indicates an involuntary separation. Where a reason begins with an "R," it indicates a resignation.

5. Since the date Pamela Charron commenced as Director of Nursing Services in late July 2004, roughly equal numbers of employees over the age of 40 (11 out of 131) and under the age of 40 (9 out of 122) were involuntarily separated during the time period encompassed by Exhibits A and B. None of the other employees aged 63 (Plaintiff's age at discharge) or *older* were discharged during this period.

Signed under the pains and penalties of perjury this 26th day of June, 2007.

Madeline Horner

Madeline Horner

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document has been filed electronically on June 28, 2007, and is available for viewing and downloading to the ECF registered counsel of record:

Via Electronic Service/ECF:

Patricia E. Andrews, Esquire
peandrews@verizon.net

and

Carly B. Iafrate, Esquire
ciafrate@verizon.net

/s/ Christopher J. Campbell

# EXHIBIT A

CHERRY HILL MANOR
CURRENT EMPLOYEE LISTING

Date: 03/04/2005

| EMPLOYEE NAME | DOH | DOB | DEPT. |
|---|---|---|---|
| ABERGER,LYNN HANOLD | 01/13/04 | 01/31/60 | 621001 |
| ABLES,LORI ANN | 03/24/97 | 06/22/61 | 635002 |
| ADDESSI,ROSEMARIE | 08/03/77 | 04/09/45 | 613003 |
| AGAKOS,GREGORY | 07/08/85 | 11/29/62 | 613004 |
| AGOSTO,MELISSA | 11/06/88 | 11/06/72 | 613003 |
| AJAO,ADESOLA ELIZABET | 07/21/03 | 06/22/60 | 613004 |
| AKINRINLOLA,OLUWABUKO | 01/10/05 | 02/24/58 | 613004 |
| AKINSULIRE,CHRISTIANA | 05/10/04 | 08/24/55 | 613004 |
| AKUMABOR,ANNE G. | 11/22/04 | 12/20/56 | 613002 |
| ALARIE,DAWN E. | 05/01/01 | 08/12/66 | 613003 |
| ANGEL,OLIVIA | 06/30/03 | 06/20/71 | 613004 |
| ANGELL,ALLYSON | 12/15/84 | 03/16/66 | 613004 |
| ARCELAY,PETER E. | 05/21/87 | 08/02/52 | 634002 |
| ASIANA,JUSTINA E. | 05/10/04 | 10/22/53 | 613004 |
| BAPTISTA,ELISA | 01/10/05 | 09/04/58 | 613004 |
| BATALON,MICHELE | 08/10/91 | 03/25/69 | 632002 |
| BEAUREGARD,SUZANNE | 11/10/03 | 04/26/58 | 636002 |
| BENSON,LAWRENCE N. | 07/07/03 | 09/11/67 | 613004 |
| BIANCHI,AGNESE | 10/03/89 | 08/26/68 | 631002 |
| BLAMO,TENNEH | 08/17/01 | 10/06/75 | 613004 |
| BOISVERT,AIESHA J. | 01/05/04 | 12/07/73 | 613003 |
| BONILLA,WALLIA | 04/14/97 | 01/26/77 | 613004 |
| BOROZNY,JEFFREY T. | 07/28/03 | 10/02/74 | 629001 |
| BRIGGS,JEREMY S. | 04/29/02 | 05/28/70 | 616001 |
| BRODEUR,PAUL C. | 06/02/03 | 06/01/54 | 613004 |
| BROWN,ALFREDA | 09/27/04 | 03/29/55 | 613004 |
| CAFORIO,MIKE | 06/28/04 | 06/06/71 | 631003 |
| CAMPANELLA,ELIZABETH | 04/26/89 | 07/21/47 | 633002 |
| CARDILLO,STEVEN F. | 10/07/04 | 08/02/90 | 631004 |
| CARTWRIGHT,DAWN | 08/02/99 | 11/02/64 | 631004 |
| CECE,NANCY | 04/26/82 | 07/12/48 | 635002 |
| CELONA,THOMAS J. | 02/06/01 | 04/24/69 | 631003 |
| CERVONE,EMMA | 02/01/89 | 03/27/42 | 631004 |
| CHARRON,PAMELA A. | 12/10/01 | 08/14/67 | 611001 |
| CHIN,MICHELLE L | 06/09/97 | 03/24/72 | 631005 |
| CHIN,PAMELA | 07/25/77 | 10/17/56 | 641006 |
| COLARDO,PAUL C. | 06/02/04 | 12/27/89 | 631004 |
| CORREIA,ANTONIO JOSE | 08/04/03 | 03/25/53 | 632002 |
| CRUSO,KAREN | 06/21/04 | 05/02/65 | 613004 |
| CUBELLOTTI,DONNA | 09/02/89 | 06/25/72 | 621003 |
| DAGOBERT,YVROSE D. | 11/01/04 | 08/19/57 | 613003 |
| DAGRIN,GUILLARD | 03/31/03 | 07/04/54 | 613004 |
| DAGRIN,NINOTHE | 06/23/03 | 04/18/68 | 613004 |
| DAHN,DADA T. | 10/04/04 | 08/10/78 | 613004 |
| DALPE,KATHLEEN | 01/17/96 | 11/26/59 | 613004 |

CONFIDENTIAL

REDACTED

CHERRY HILL MANOR
CURRENT EMPLOYEE LISTING

Date: 03/04/2005

| EMPLOYEE NAME | DOH | DOB | DEPT. |
|---|---|---|---|
| D'AMBRA,DIANE | 07/25/77 | 12/16/51 | 613002 |
| DANIEL,JOYCE A. | 02/14/05 | 09/20/59 | 613004 |
| DATTOLI,VITA | 11/05/02 | 10/04/52 | 632002 |
| DAVIES,BUNCHIE E. | 02/18/03 | 09/20/76 | 613004 |
| DAVIS,DIANE | 02/07/95 | 03/07/52 | 613004 |
| DAWSON,DAVID A. | 02/14/05 | 04/12/55 | 613002 |
| DAY,LAUREL M. | 03/25/02 | 11/25/45 | 613004 |
| DECOSTA,MELISSA | 07/11/03 | 08/23/70 | 613003 |
| DEGNAN,MELISSA ANN | 12/08/03 | 06/13/67 | 653002 |
| DEJESUS,MARELINE | 09/13/04 | 04/06/84 | 613004 |
| DEPETRILLO,BRIANNA M. | 11/09/04 | 09/30/89 | 631004 |
| DESHAIES,CHERYL A. | 07/21/03 | 03/27/56 | 613004 |
| DIALLO,AWA | 01/10/05 | 03/28/73 | 613004 |
| DIALLO,DONNA LYNN | 09/11/01 | 12/13/66 | 611004 |
| DIAZ,FRANCISCA A. | 04/12/04 | 03/09/69 | 613004 |
| DIBLASI,LAUREN A. | 09/07/04 | 09/16/80 | 629001 |
| DICENZO,CYNTHIA J. | 03/22/04 | 12/19/64 | 613003 |
| DIMEO,DONNA | 10/13/95 | 12/29/58 | 613004 |
| DODGE,LYNDA | 04/10/96 | 09/22/59 | 613004 |
| DONOYAN,JODI | 09/30/98 | 05/12/65 | 635002 |
| DOSSEN,GRACE M. | 03/10/03 | 05/26/69 | 613004 |
| EVANS,TIMOTHY | 06/09/97 | 01/25/61 | 631003 |
| FACER,SUSAN ANN | 10/17/04 | 07/29/51 | 636002 |
| FADAYOMI,TAIWO | 10/18/04 | 08/20/69 | 613004 |
| FELION,KARI ANN | 09/13/04 | 08/26/71 | 613003 |
| FLEMING,RICHARD D. | 12/01/00 | 08/29/85 | 631004 |
| FLOCK,DEVIN J. | 04/26/04 | 09/12/79 | 653002 |
| FONTIROSSI,CONCETTA M | 11/10/03 | 09/15/43 | 632002 |
| FORREST,ANNETTE J | 01/20/97 | 10/26/44 | 633002 |
| FRAIZE,JEAN A. | 06/15/04 | 04/04/72 | 629001 |
| GBATU,WILLIAM S. | 03/22/04 | 08/10/69 | 613002 |
| GIBLIN,KAREN T. | 01/10/00 | 05/04/57 | 621002 |
| GOMES,PAULINA | 05/14/02 | 08/08/62 | 613004 |
| GRAY,MARYWOOD M. | 04/11/00 | 12/16/53 | 613004 |
| GROSSO,ANTODARIO | 03/07/05 | 06/08/89 | 632002 |
| GULLEY,DOREEN | 09/18/02 | 08/18/58 | 621002 |
| HARRINGTON,STACEY | 04/17/00 | 09/19/58 | 629002 |
| HARRIS,BETTY | 02/01/93 | 06/13/62 | 613003 |
| HARRIS,CELESTE M. | 12/30/02 | 02/22/61 | 611004 |
| HARRISON,AMY J. | 04/15/04 | 02/21/72 | 637002 |
| HARWOOD,MICHAEL J. | 06/28/04 | 05/16/89 | 631004 |
| HAWKINS,BEVERLY | 10/01/82 | 04/25/40 | 613003 |
| HILTON,LYNN M. | 08/21/01 | 02/27/71 | 621002 |
| HORNER,MADELINE J. | 11/15/99 | 07/28/53 | 641005 |
| HUERTAS,HELEN C. | 03/07/05 | 07/10/83 | 653002 |

CONFIDENTIAL

REDACTED

DEF02931

CHERRY HILL MANOR
CURRENT EMPLOYEE LISTING

Date: 03/04/2005

| EMPLOYEE NAME | DOH | DOB | DEPT. |
|---|---|---|---|
| HUGHES,DEBRA E. | 04/05/04 | 11/23/52 | 611004 |
| HYDER,FREDERICK A. | 05/29/02 | 09/01/87 | 631004 |
| IACOBO,ALICIA R. | 04/26/04 | 06/09/79 | 631005 |
| IASIMONE,MARISSA J. | 12/29/03 | 10/05/86 | 631004 |
| IBEZIM,BLESSING O. | 01/10/05 | 03/17/76 | 613004 |
| IORFIDA,CLARE | 09/23/81 | 07/13/54 | 613002 |
| JEFFRIES,JUDY A. | 01/17/05 | 05/05/54 | 613004 |
| JOHNSON,AMANDA M. | 05/13/04 | 01/01/71 | 613003 |
| JOHNSON,DIANE T. | 01/17/05 | 03/11/48 | 613002 |
| KANEVSKAYA,ALLA D. | 11/22/04 | 06/08/54 | 613003 |
| KHAMMAHAVONG,NALONE | 12/05/94 | 01/24/60 | 613003 |
| KHOURY,BARBARA | 11/16/81 | 11/23/43 | 632001 |
| KIZEKAI,LILLIAN | 05/04/04 | 05/20/69 | 613004 |
| KNOWLTON,DEBRA | 11/10/87 | 08/21/58 | 632002 |
| LAMBERT,ALICE C. | 11/05/02 | 08/10/51 | 613004 |
| LAMBERT,MELITTA | 02/05/79 | 05/08/32 | 613004 |
| LARA,STEVEN | 06/13/00 | 02/22/79 | 631004 |
| LASTOR,TOMAS | 12/18/01 | 07/11/56 | 631004 |
| LAUTIERI,TARA L. | 07/05/04 | 07/18/73 | 641005 |
| LEBRON,MARISOL | 02/01/94 | 05/15/67 | 613004 |
| LEFEBVRE,DEBRA | 02/01/95 | 04/28/59 | 613003 |
| LEVESQUE,PETER J. | 04/21/03 | 07/26/72 | 629002 |
| LOMBARDI,GINA M. | 02/20/01 | 11/28/69 | 631005 |
| LOPES,MARIA M. | 02/28/05 | 02/18/56 | 632002 |
| LORD,DONNA LEE | 10/04/04 | 04/03/49 | 653001 |
| LOURA,STEVEN L. | 05/16/00 | 07/02/77 | 632002 |
| LUBIN,JUDITH | 11/01/04 | 08/20/68 | 613004 |
| LUCCI,ANGELINA | 08/16/04 | 06/02/48 | 632002 |
| LUIS,MARIA F | 10/30/99 | 02/26/50 | 632002 |
| LUIZ,JESSICA L. | 04/09/04 | 05/18/81 | 629001 |
| LY,NGOC NEAU | 08/21/85 | 01/15/51 | 613002 |
| MACAULEY,YVETTE | 09/27/94 | 07/23/67 | 613003 |
| MACMILLAN,LINDA | 02/28/05 | 08/25/54 | 613002 |
| MADDOX,LATWANA J. | 02/28/05 | 01/14/82 | 613004 |
| MALLOZZI,LISA A. | 12/13/04 | 01/28/69 | 641007 |
| MANCINI,MARY C. | 04/05/04 | 04/27/51 | 632002 |
| MANZOLILLO,CAROL | 11/12/82 | 02/05/49 | 613002 |
| MARANDOLA,JOYCE S. | 01/10/05 | 01/09/78 | 621001 |
| MARINELLI,LISA K. | 09/27/89 | 07/21/58 | 613004 |
| MARQUINA,ALMA | 05/23/00 | 11/02/66 | 632002 |
| MARTIN,JEANNA MARIE | 01/29/02 | 08/11/78 | 613004 |
| MARTIN,TINA | 02/14/05 | 06/08/71 | 641007 |
| MARTINEZ,ESPERANZA | 10/25/99 | 12/18/52 | 613004 |
| MARTINO,CAROL | 06/30/00 | 11/21/59 | 613004 |
| MARTINO,JOHN | 08/31/82 | 05/08/62 | 631004 |

CONFIDENTIAL

REDACTED

CHERRY HILL MANOR
CURRENT EMPLOYEE LISTING

Date: 03/04/2005

| EMPLOYEE NAME | DOH | DOB | DEPT. |
|---|---|---|---|
| MARTINO,VINCENT | 03/11/86 | 01/14/62 | 631001 |
| MARZANO,FRANCA | 06/02/03 | 04/16/72 | 613004 |
| MASSEY,JOVITA L. | 07/21/03 | 08/11/77 | 613004 |
| MC AFEE,PAUL V. | 04/14/03 | 08/31/42 | 634002 |
| MC CABE,ZITA | 03/15/88 | 11/25/31 | 613002 |
| MCGIVENEY,CHERYL ANN | 04/09/04 | 12/08/62 | 637002 |
| MCLAUGHLIN,CORINNE | 04/13/03 | 06/06/59 | 613003 |
| MCNALLY,JAYSON A. | 07/28/03 | 04/27/89 | 631004 |
| MEDEIROS,JOSE | 10/08/94 | 12/20/63 | 634002 |
| MERSEREAU,CHERYL LYNN | 05/14/02 | 12/06/63 | 613004 |
| MESSIER,CLAIRE M. | 05/29/01 | 09/30/62 | 613003 |
| MESSIER,JOAN | 04/23/85 | 10/01/63 | 613004 |
| MONIZ,ANTONIO | 05/09/00 | 11/07/45 | 632002 |
| MOORE,PRECIOUS | 09/25/01 | 09/08/63 | 613004 |
| MORALES,RUTH | 10/31/00 | 09/17/60 | 613004 |
| MOREIRA,TAMMY L. | 02/05/02 | 03/27/70 | 613004 |
| MOROSKY,FRANK N. | 01/31/05 | 03/22/51 | 621001 |
| MULCAHY,CATHERINE A. | 02/17/04 | 12/16/59 | 611003 |
| NAPPA,ADAM J. | 04/17/03 | 08/14/86 | 631004 |
| NG,AMY BETH | 02/02/04 | 06/06/69 | 613002 |
| NORDEN,LINDA L. | 03/14/00 | 02/18/55 | 613002 |
| O'CONNOR,ALICEMARIE | 03/12/79 | 10/20/54 | 641006 |
| OGUNJEMINIYI,BASIRAT | 06/25/02 | 07/23/60 | 613004 |
| OREDIPE,PETER T. | 04/08/02 | 08/27/67 | 613004 |
| OUELLETTE,CHRISTINE | 11/19/90 | 03/12/56 | 613004 |
| PACE,DEONNA | 07/22/99 | 07/18/84 | 635002 |
| PAGNOZZI,KATHLEEN | 10/26/86 | 04/15/60 | 637002 |
| PAGNOZZI,MARIO O. | 03/30/04 | 03/19/90 | 631004 |
| PALIOTTA,ROSE | 03/16/99 | 04/29/47 | 613004 |
| PARRILLO,ANNE MARIE | 02/12/92 | 10/08/59 | 633002 |
| PAYE,ESTHER K. | 02/14/05 | 12/24/54 | 613005 |
| PEIXOTO,FERNANDO D. | 09/22/97 | 07/02/52 | 632002 |
| PENNACCHIA,CRISTIANA | 07/23/02 | 09/19/66 | 613004 |
| PERFETTO,CAROL | 09/28/77 | 03/03/43 | 611002 |
| PHOTHISANE,LOTSAVANH | 11/15/04 | 12/01/55 | 613002 |
| PHRATHEP,RHODAPORN | 11/08/95 | 01/25/78 | 631004 |
| PIADADE,MARIE | 05/02/00 | 09/26/64 | 613004 |
| PIMENTAL,CARMEN | 10/17/96 | 12/23/58 | 613004 |
| PINGA,BRENDA L. | 03/07/05 | 10/12/60 | 621002 |
| PINGITORE IV,JOSEPH | 03/07/05 | 12/27/90 | 631004 |
| PIRES,IRMA G | 01/17/05 | 10/14/73 | 613004 |
| POLIQUIN,BRENDA L. | 09/20/04 | 07/12/60 | 641005 |
| POMPOSELLI,ALLAN | 01/15/00 | 12/24/51 | 634002 |
| RANONE,CHRISTINE A. | 04/13/04 | 01/25/74 | 621001 |
| RAO,ROBYN | 08/21/92 | 05/08/72 | 613002 |

REDACTED

CONFIDENTIAL

CHERRY HILL MANOR
CURRENT EMPLOYEE LISTING

Date: 03/04/2005

| EMPLOYEE NAME | DOH | DOB | DEPT. |
|---|---|---|---|
| RASTELLI,ANGELINA L. | 05/12/04 | 10/25/88 | 631004 |
| REJOUIS,KETTY | 10/04/04 | 03/13/80 | 613004 |
| RICKETT,LINDSAY M. | 08/03/98 | 03/16/79 | 613006 |
| RITCHIE,JAMIE A. | 01/17/00 | 11/11/70 | 637002 |
| RIVERA,ELISA | 02/24/02 | 08/11/85 | 641006 |
| RIZZO,JENNIFER | 01/24/04 | 09/03/73 | 613002 |
| ROBINSON,DALE M. | 03/08/04 | ~~07/28/65~~ | 629002 |
| ROCHA,ELIZABETH M. | 02/28/05 | 01/25/81 | 613004 |
| ROCHA,MARY G. | 01/10/05 | 03/13/62 | 613004 |
| ROCKWELL,ALISSA J. | 12/01/03 | 09/28/76 | 629001 |
| ROSS,DELORIES | 08/14/01 | 05/11/62 | 613004 |
| ROSSI,MARIA YOUNG | 09/20/04 | 11/08/55 | 653002 |
| RUSSO,JOSEPH | 10/20/83 | 08/18/66 | 631003 |
| RUSSO,SANDRA | 06/07/04 | 11/02/44 | 632002 |
| SALISBURY,JOAN | 07/01/84 | 01/10/42 | 616001 |
| SANABIA,AURA M. | 04/22/04 | 11/22/86 | 641006 |
| SANTOPADRE,JANE | 02/08/96 | 03/29/36 | 613004 |
| SANTOS,STEPHANIE A. | 04/19/04 | 05/25/80 | 613004 |
| SANTUCCI,KAREN LYNN | 09/08/03 | 03/15/69 | 635002 |
| SARANDREA JR,JOSEPH R | 06/28/01 | 09/14/86 | 631004 |
| SEASTROM,DIANE M | 11/15/04 | 02/20/62 | 613003 |
| SEGRAIN,HAWA M. | 03/12/02 | 07/14/54 | 613004 |
| SILVA,MARIA P. | 10/09/01 | 06/14/44 | 632002 |
| SILVESTRI,DANA | 05/29/95 | 06/19/73 | 635002 |
| SIMPSON,CAROL A. | 01/17/00 | 03/12/42 | 631004 |
| SOARES,DIANA | 10/30/99 | 06/30/84 | 631004 |
| SONPON,PATRICIA F. | 01/10/05 | 05/05/64 | 613004 |
| SORTO,ALICE M. | 04/09/03 | 05/21/62 | 613003 |
| SOUZA,SHAINA | 06/20/00 | 11/20/82 | 631004 |
| SOUZA,WILLIAM V. | 06/21/00 | 04/09/81 | 631004 |
| SPAZIANO,PHYLLIS E. | 04/15/02 | 08/02/67 | 641002 |
| SPENCER,JOANNE M. | 02/17/03 | 06/11/52 | 636001 |
| STONE,BIANCA M. | 04/25/02 | 03/06/86 | 631004 |
| SULLIVAN,DIANE | 09/21/00 | 08/09/64 | 613004 |
| SUSI,ANNA | 09/01/93 | 03/07/37 | 632002 |
| SYLVIA,MICHELE R. | 11/04/86 | 02/16/70 | 631004 |
| TAIWO,ARAMIDE O. | 11/22/04 | 05/08/63 | 613003 |
| TALBOT,SUSAN V | 05/10/99 | 08/26/65 | 627001 |
| TEIXERA,JOSE C. | 03/07/05 | 05/06/80 | 632002 |
| TIGUILA,CRISTINA | 08/20/03 | 04/02/62 | 632002 |
| TORRES RAMOS,VILMARIE | 09/13/04 | 06/08/79 | 613004 |
| TRIMBLE,JULIE M. | 11/19/02 | 12/05/72 | 631005 |
| VADEBONCOEUR,DIANNE B | 01/05/04 | 10/30/59 | 629009 |
| VANDERMEERE,ROY | 03/03/00 | 04/01/61 | 631004 |
| VICTOR,ROSE B. | 02/07/05 | 11/26/76 | 613004 |

CONFIDENTIAL

REDACTED

DEF02934

CHERRY HILL MANOR
CURRENT EMPLOYEE LISTING

Date: 03/04/2005

| EMPLOYEE NAME | DOH | DOB | DEPT. |
|---|---|---|---|
| VIVEIROS,JANE M. | 01/08/02 | 04/28/76 | 613004 |
| VOGEL,CELINA V. | 10/07/04 | 02/17/70 | 613002 |
| VOLCY,CHRISTELA | 09/16/02 | 03/18/58 | 613004 |
| WATTS,DEAN A. | 04/30/03 | 07/13/86 | 631004 |
| WEBB,IRENE | 12/07/98 | 05/19/61 | 613004 |
| WILLIAMS,ARNETTA D. | 02/07/05 | 03/19/70 | 613004 |
| WILSON,MELISSA R. | 06/11/02 | 08/04/77 | 613004 |
| ZONEN,WAADE A. | 01/17/05 | 11/04/72 | 613004 |

CONFIDENTIAL

REDACTED

DEF02935

# EXHIBIT B

CONFIDENTIAL

| | | | | |
|---|---|---|---|---|
| TERMINATED EMPLOYEES | | | | |
| Date: 02/23/2005 | | | | |
| EMPLOYEE NAME | DOT | REASON | DOB | |
| PINKERTON,ROBIN D | 3/8/04 | D01 | 9/2/73 | |
| CONNEALLY,DAWN MARIE | 11/9/04 | D02 | 3/14/74 | |
| DANN,KERI L. | 9/2/04 | D02 | 4/20/74 | |
| D'ABBRACCIO,JUDY | 11/10/04 | R11 | 9/29/74 | |
| WHITCOMB,MICHAELA M. | 3/15/04 | R11 | 12/5/74 | |
| JETT,LATRELL R. | 2/16/05 | D01 | 6/28/75 | |
| DIOUN,AWA C. | 11/29/04 | R12 | 1/20/76 | |
| POLCE,STACY LEE | 1/13/05 | R12 | 4/14/76 | |
| GILL,MELISSA L. | 12/29/04 | D01 | 5/19/76 | |
| GOODLIN,MATILDA | 10/15/03 | | 3/4/77 | |
| GOODLIN,MATILDA | 11/10/04 | R11 | 3/4/77 | |
| JEAN LOUIS,DENIA | 9/15/04 | R12 | 4/24/77 | |
| ADAMS,MANDILYN S. | 4/23/04 | D07 | 4/28/77 | |
| DESMARAIS,TINA M. | 11/10/04 | R11 | 12/4/77 | |
| PAGE,FAITH M. | 10/26/04 | R12 | 1/14/78 | |
| LALIBERTE,ERIN MARY | 2/27/04 | R11 | 2/14/78 | |
| ARQUETTE,KRISTI M. | 11/19/04 | R11 | 9/3/78 | |
| STANZIALE,MELISSA M. | 5/31/04 | D07 | 3/17/79 | |
| CRUZ,REBECA | 3/31/04 | R09 | 5/8/79 | |
| NORTHUP,HEATHER L. | 9/20/04 | R12 | 12/28/79 | |
| GOUDREAU,MICHAEL | 4/4/04 | R01 | 5/16/80 | |
| LASSITER,ALYSIA | 6/4/04 | D07 | 7/20/80 | |
| TURCHETTA JR,JOSEPH L. | 11/10/04 | D02 | 5/24/81 | |
| GIARRUSSO,DANIELLE | 1/20/05 | R10 | 7/1/81 | |
| HEISTAND,SARAH BETH | 1/17/05 | R12 | 8/25/81 | |
| NUAHN,GEORGIA | 1/28/04 | R13 | 5/19/82 | |
| LONERGAN,AMANDA LEE | 4/12/04 | R07 | 6/12/82 | |
| SEASTROM,WILLIAM J. | 2/3/05 | R11 | 8/16/82 | |
| MILNOR,WILDA D. | 8/23/04 | R12 | 4/19/83 | |
| D'ARRIGO,JENNIFER | 5/6/04 | R09 | 11/18/83 | |
| ROSS,SHAWN MICHAEL | 10/17/04 | R02 | 12/13/83 | |
| OLSON,CRYSTALYN M. | 1/12/05 | R12 | 1/15/84 | |
| NAPPA,STEPHANIE | 7/30/04 | R11 | 8/24/84 | |
| ROTOLO,DANIEL | 5/4/04 | D07 | 3/1/85 | |
| PANNULLO,STEVEN M. | 11/10/04 | D07 | 1/1/87 | |
| ROTOLO,LUCA | 5/4/04 | R01 | 1/15/87 | |
| GARCIA,JEFFREY J. | 5/9/04 | R01 | 4/8/87 | |
| PETISCE,LEANDRA L. | 12/14/03 | R01 | 12/5/87 | |
| KING,RAYMOND N. | 12/7/04 | R12 | 6/6/88 | |
| MOORE,SANCIOUS J. | 11/10/04 | R01 | 7/20/88 | |
| MULLIGAN,ANDREW J. | 7/26/04 | R12 | 1/3/89 | |
| NIRANDONE,TIPAPHAI | 12/15/03 | R11 | 1/20/89 | |
| PICON,MARVIN R. | 11/10/04 | R09 | 5/7/89 | |
| DON FRANCESCO,JOSEPH | 11/10/04 | R02 | 5/14/89 | |
| MESSIER,NICHOLAS W. | 11/10/04 | R06 | 6/18/89 | |
| JONES,KYLE A. | 1/19/04 | R11 | 6/18/89 | |
| TRAVERS JR,SCOTT | 2/20/04 | R12 | 7/5/89 | |
| ROCCHIO,FRANCESCO | 4/4/04 | D07 | 11/28/97 | |

REDACTED

DEF02053

CONFIDENTIAL

| | | | | |
|---|---|---|---|---|
| TERMINATED EMPLOYEES | | | | |
| Date: 02/23/2005 | | | | |
| EMPLOYEE NAME | DOT | REASON | DOB | |
| SMITH,REGINA B | 8/4/04 | R12 | 1/6/61 | |
| SABBAT,MARIE | 6/21/04 | R13 | 5/17/61 | |
| FUNG,MARIANNE K. | 12/31/03 | R11 | 9/1/61 | |
| GAMA,DANA M. | 9/13/04 | R12 | 12/12/61 | |
| GATH,LORI JEAN | 6/21/04 | R11 | 12/17/61 | |
| GILFILLAN,EDWARD | 7/14/04 | R11 | 12/20/61 | |
| FAFARD,DONNA J. | 1/5/05 | R12 | 1/24/62 | |
| PFEIFFER,HOLLY A. | 11/8/04 | D01 | 2/11/62 | |
| ANDRE,SUSAN L. | 7/1/04 | R11 | 7/15/62 | |
| NORTON,KATHLEEN E. | 11/19/04 | | 8/10/62 | |
| VERVILLE,BRENDA M. | 8/23/04 | R12 | 1/2/63 | |
| STEPHANOPOULOS,CYNTHIA C. | 1/27/04 | D02 | 1/5/63 | |
| SERVOSS-RATIOAN,DENISE J. | 4/25/04 | R12 | 1/26/64 | |
| SONPON,PATRICIA F. | 3/15/04 | R07 | 5/5/64 | |
| HARRINGTON,MAUREEN E. | 6/1/04 | D04 | 5/21/64 | |
| ROJAS,SANTA | 1/14/05 | R12 | 9/4/64 | |
| TYLER,DONNA A. | 2/2/04 | R12 | 2/15/65 | |
| RUSSO,MARY | 6/7/04 | D02 | 2/21/65 | |
| BA,ELHADJI M. | 12/13/04 | R12 | 11/30/65 | |
| FORTUNE,NANCY Y. | 12/29/04 | R13 | 1/9/66 | |
| DURNING,DEBORAH S. | 4/5/04 | R12 | 4/30/66 | |
| OLEOLO,TOSIN M. | 12/29/04 | D07 | 5/12/66 | |
| POUNCEY,MICHELLE M. | 2/12/04 | R12 | 9/14/66 | |
| TIBERI,DANA | 12/10/03 | R11 | 1/7/67 | |
| HOBSON,THERESA | 8/25/04 | R11 | 1/27/67 | |
| DONAHUE,JENNY R. | 7/1/04 | R11 | 10/5/67 | |
| STANZIONE,KIM S. | 11/10/04 | R11 | 11/13/67 | |
| HUGHES,CARLENE | 5/15/04 | R11 | 4/12/68 | |
| RUSSELL,COLLEEN J. | 12/24/04 | D07 | 7/30/68 | |
| MARSELLA,MELISSA JEAN | 8/30/04 | R07 | 3/23/69 | |
| MITCHELL,JACQUELINE M. | 9/13/04 | R12 | 7/2/69 | |
| RANDALL,TINA L. | 12/31/04 | R08 | 7/17/69 | |
| YOUNG,GERMAINE C. | 4/14/04 | R12 | 11/5/69 | |
| STANLEY,MICHELLE C. | 9/10/04 | R11 | 1/5/70 | |
| ALVAREZ,JOHN R. | 9/20/04 | R12 | 2/24/70 | |
| AYERS,KRISTINE | 4/14/04 | R11 | 3/19/70 | |
| JOHNSON,REBECCA C. | 9/13/04 | R12 | 3/20/70 | |
| KIZEKAI,REBECCA | 1/17/05 | R12 | 7/23/70 | |
| CRUZ,PAMELA M. | 9/24/04 | R14 | 9/19/70 | |
| D'AMBRA,CHRISTINE | | R11 | 12/18/70 | |
| FELIX,WOODLEY M. | 2/24/04 | D02 | 1/1/71 | |
| CEPHAS,DORLAN K. | 10/4/04 | R12 | 11/28/72 | |
| PARKER,CHRISTINA | 11/10/04 | R11 | 1/11/73 | |
| BROWN,KATHRYN CURTIS | 7/13/04 | R14 | 1/15/73 | |
| GWOZDZ,KEVIN | | | 3/29/73 | |
| WEISS,MICHELLE L. | 5/17/04 | R07 | 3/30/73 | |
| CLARK,SUZANNE | 12/31/04 | R04 | 4/11/73 | |
| DIOP,COUMBA A. | 12/13/04 | R12 | 8/7/73 | |

DEF02054

REDACTED

CONFIDENTIAL

| | | | |
|---|---|---|---|
| TERMINATED EMPLOYEES | | | |
| Date: 02/23/2005 | | | |
| EMPLOYEE NAME | DOT | REASON | DOB |
| LAPORTE,EUGENE L. | 2/15/05 | T02 | 10/28/33 |
| DIMASCIO,FLORA | 1/2/05 | T02 | 5/3/35 |
| DELVECCHIO,CAROL | 9/3/04 | R11 | 8/5/39 |
| ANTONUCCI,BARBARA | 10/4/04 | D04 | 12/29/40 |
| RENZI,JOYCE | 11/10/04 | R11 | 12/10/45 |
| NOVAK,BARBARA J. | 8/20/04 | D03 | 1/19/46 |
| WESSEN,JAMES F. | 11/19/04 | T03 | 5/31/48 |
| FERRUCCIO,IRENE C. | 2/8/05 | D04 | 12/25/48 |
| BRILLON,MARTHA C. | 11/29/04 | R11 | 2/27/49 |
| VANDAL,LEE | 4/19/04 | R07 | 9/11/49 |
| BOURQUE,GLADYS M. | 1/15/05 | R11 | 6/19/50 |
| LAFFERTY,ANNE LOUISE | 6/1/04 | | 9/23/50 |
| SILVA,AGNES | 2/3/05 | D07 | 11/18/50 |
| CROWLEY,FRANK M. | 11/17/04 | D01 | 2/5/51 |
| FLEMING,DENNIS P. | 9/15/04 | D02 | 4/2/51 |
| GAGNON,LAURIE A. | 11/10/04 | R11 | 6/1/52 |
| DENINNO,SHEILA A. | 9/21/04 | D03 | 4/15/53 |
| KLEIN,LOUISE ANN | 2/6/05 | R11 | 8/15/53 |
| JULIAN,LISA M. | 3/19/04 | R14 | 9/8/53 |
| ALLARD,DONNA M | 3/11/04 | R05 | 1/4/54 |
| MACMILLAN,LINDA | 7/12/04 | R08 | 8/25/54 |
| MAINE,CHRISTINE J. | 9/27/04 | R12 | 11/28/54 |
| JONES,MAUREEN M. | 9/13/04 | R12 | 12/22/54 |
| LISI,CANDACE L. | 11/10/04 | R07 | 1/9/55 |
| BROWN,ALFREDA | 3/18/04 | R13 | 3/29/55 |
| MINER,CLARE E. | 9/10/04 | R14 | 4/28/55 |
| ODETUNDE,OLUFUNKE | 7/15/04 | R01 | 10/6/55 |
| DE MEDEIROS,ARTHUR | 10/25/04 | R12 | 11/4/56 |
| IAVARONE-DEPETRILLO,ANN MARI | 02/17/20 | R01 | 3/1/57 |
| CONSTANTINEAU,YOLANDA F. | 1/6/04 | D07 | 3/2/57 |
| MORLEY,SHARON M. | 7/28/04 | D07 | 7/4/57 |
| ADESANYA,OLUFUNKE O. | 10/4/04 | R12 | 7/25/57 |
| ZARRA,CINDY L. | 3/13/04 | R01 | 7/28/57 |
| AUGER,TERRY | 6/8/04 | R10 | 8/12/57 |
| LAPLUME,JOYCE ANN | 4/29/04 | R11 | 8/2/58 |
| FORD,REVA J. | 11/10/04 | R11 | 8/26/58 |
| OSWALD,DEBRA JEAN | 9/16/04 | R10 | 2/12/59 |
| BONIN,MARY JO | 7/30/04 | D04 | 3/19/59 |
| JENYO,ABAYOMI O. | 2/16/05 | R11 | 4/2/59 |
| BRODEUR,MARGARET MARIE S. | 12/31/04 | R12 | 7/10/59 |
| WHITE,TAMMY G. | 10/18/04 | R12 | 9/15/59 |
| | | | |
| MOREY,ANTONIO | 11/1/04 | D07 | 4/25/60 |
| JEAN-GILLES,NICOLE | 1/18/05 | R12 | 6/25/60 |
| MARINO,BRENDA L. | 1/5/05 | R12 | 7/12/60 |
| EDETSBERGER,LINDA A. | 10/4/04 | R12 | 7/15/60 |
| MELLO-SAMPAIO,BRENDA L. | 10/18/04 | R12 | 8/11/60 |
| KLEEMANN,LENA M. | 2/10/05 | R12 | 12/25/60 |

REDACTED

DEF02054A