**UNITED STATE DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **BARBARA ANTONUCCI,**<br>***Plaintiff,***<br><br>**vs.**<br><br>**LIFE CARE CENTERS OF AMERICA, INC., et al.,**<br><br>***Defendants.*** | **C.A. No. 06-108 ML** |

**PLAINTIFF'S MOTION TO EXCEED PAGE LIMITS**

Now comes the Plaintiff, Barbara Antonucci ("Plaintiff"), and hereby requests permission to exceed the page limits set forth in the Court's pre-trial order. Plaintiff seeks to file a memorandum of law in opposition to Defendants' motion for summary judgment no longer than thirty (30) pages in length (the current limit is twenty pages) and to file exhibits in opposition to Defendants' motion for summary judgment no longer than twenty (20) pages in length (the current limit is ten pages).

In support of this motion, Plaintiff states that this is an age discrimination case and requires Plaintiff to dispute each and every material fact presented by Defendants in support of its motion. There were seven lengthy depositions taken in this case and Plaintiff requires the pages to ensure that she is able to include all of the facts and argument necessary to counter Defendants motion. Plaintiff's response is due Monday, July 16, 2007. Wherefore, Plaintiff respectfully requests that the motion be granted.

Plaintiff,
By her attorneys,

/s/ Carly Beauvais Iafrate

Patricia E. Andrews, #4321
Carly Beauvais Iafrate, #6343
129 Dyer Street
Providence, Rhode Island 02903
(401) 421-0966
(401) 421-0964 (fax)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document has been filed electronically on this 10th day of July 2007, and is available for viewing and downloading to the ECF registered counsel of record:

Via Electronic Service/ECF:

Christopher J. Campbell, Esq.
campbelc@jacksonlewis.com

/s/ Carly Beauvais Iafrate