**UNITED STATE DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **BARBARA ANTONUCCI,** ***Plaintiff,*** **vs.** **LIFE CARE CENTERS OF AMERICA, INC., et al.,** ***Defendants.*** | **C.A. No. 06-108 ML** |

**PLAINTIFF'S SECOND MOTION TO EXCEED PAGE LIMITS**

Now comes the Plaintiff, Barbara Antonucci ("Plaintiff"), and hereby requests permission to exceed the page limits set forth in the Court's pre-trial order. Plaintiff seeks to file a memorandum of law in opposition to Defendants' motion for summary judgment no longer than forty (40) pages in length (the current limit is thirty pages) and to file additional exhibits in opposition to Defendants' motion for summary judgment (the current limit is twenty pages). Defendants' submitted 271 pages of exhibits (including deposition transcript pages cited). Plaintiff seeks to file approximately the same number of pages of exhibits as well as the transcript pages cited by Plaintiff. Plaintiff also seeks the Court's permission to file a statement of disputed facts in excess of ten pages (no more than 15 pages). The current limit in the court order is ten pages. Defendants' statement is 16 pages.

In support of this motion, Plaintiff states that this is an age discrimination case and requires Plaintiff to dispute each and every material fact presented by Defendants in support of its motion. There were seven lengthy depositions taken in this case and Plaintiff requires the

pages to ensure that she is able to include all of the facts and argument necessary to counter Defendants motion. Wherefore, Plaintiff respectfully requests that the motion be granted.

Plaintiff,
By her attorneys,

/s/ Carly Beauvais Iafrate
______________________________

Patricia E. Andrews, #4321
Carly Beauvais Iafrate, #6343
129 Dyer Street
Providence, Rhode Island 02903
(401) 421-0966
(401) 421-0964 (fax)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document has been filed electronically on this 16th day of July 2007, and is available for viewing and downloading to the ECF registered counsel of record:

Via Electronic Service/ECF:

Christopher J. Campbell, Esq.
campbelc@jacksonlewis.com

/s/ Carly Beauvais Iafrate
______________________________