EXHIBIT J

# Competency-Based Position Description and Performance Review
## ADMINISTRATIVE ASSISTANT

Life Care Centers of America

Associate: Donna Diallo
Department: NSG / ADMIN
Date of Review: Sept 30, 2004
Exemption Status: Nonexempt
Risk Exposure Category 3 = may not involve exposure to blood/body fluids

Date of Hire: 9-11-01
Supervisor: Pam Charron / Celeste Harris
Purpose: ☐ Upon Hire ☐ 90-day eval ☒ Annual ☐ Other: ______

**POSITION SUMMARY**

*The* ADMINISTRATIVE ASSISTANT *handles all clerical and administrative functions for the facility leadership team in accordance with all laws, regulations and LCC standards. Reports to Executive Director.*

**WORKING CONDITIONS**

- Works in office as well as throughout facility (i.e., resident rooms, therapy rooms).
- Sits, stands, bends, lifts and moves intermittently during working hours.
- Subject to frequent interruptions.
- Involved with residents, associates, visitors, government agencies/personnel, etc. under all conditions and circumstances.
- Subject to hostile and emotionally upset residents, family members, associates, etc.
- Works beyond normal working hours, on weekends and in other positions temporarily as necessary.
- Subject to falls, burns from equipment, odors, etc., throughout the work day.
- Possible exposure to infectious waste, diseases, conditions, etc., including exposure to the AIDS and Hepatitis B viruses.

**EDUCATION and EXPERIENCE**

- High school graduate at a minimum – some college-level office courses preferred.
- Prior office skills preferred.
- Prior healthcare preferred.

**SPECIFIC REQUIREMENTS**

- Must be able to read, write, speak and understand the English language.
- Must be computer literate with experience in word-processing and spreadsheets.
- Must type 60 wpm.
- Must be able to administratively support multiple managers.
- Must possess the ability to make independent decisions when circumstances warrant such action.
- Must possess ability and willingness to work harmoniously with professional and non-professional personnel.
- Must have the ability to implement and interpret the programs, goals, objectives, policies and procedures of the leadership team.

**PHYSICAL and SENSORY REQUIREMENTS**
*(with or without the aid of mechanical devices)*

- Must be able to move intermittently throughout the work day.
- Must be able to cope with the mental and emotional stress of the position.
- Must possess sight/hearing senses or use prosthetics that will enable these senses to function adequately so that the requirements of this position can be fully met.
- Must be in good general health and demonstrate emotional stability.
- Must be able to lift, push, pull or transfer a minimum of twenty (20) lbs.
- Must be able to assist in the evacuation of residents.

CONFIDENTIAL

## POSITION DESCRIPTION and PERFORMANCE REVIEW

*The ratings of this performance review are based upon the following criteria:*

Unsatisfactory (1 point) = *Performance needs improvement. Requires a performance improvement plan.*
Inconsistent/Marginal (2 points) = *Performance needs improvement. Requires more than normal supervision.*
Satisfactory (3 points) = *Performs skillfully on the standard. Requires normal amount of supervision.*
Good Role Model (4 points) = *Goes beyond expectations on occasion. Requires little or no supervision.*
Consistently Outstanding (5 points) = *Consistently goes beyond expectations. Requires little or no supervision.*

| PART ONE: CORE COMPETENCIES | Rating (1,2,3,4,5) | COMMENTS |
|---|---|---|
| **Life Care Mission/Values & Work Ethic** | | |
| 1. Supports Life Care's mission and values. | 4 | |
| 2. Displays integrity and professionalism by adhering to Life Care's code of conduct. | 5 | |
| 3. Demonstrates dependability. | 3 | |
| 4. Demonstrates confidentiality. | 4 | |
| 5. Takes pride in work. | 4 | |
| | | Score = 20 divided by 5 = 4 |
| **Organizational Skills** | | |
| 1. Meets deadlines. | 3 | |
| 2. Prioritizes appropriately. | 4 | |
| 3. Works efficiently with constant interruptions. | 4 | |
| 4. Completes multi-tasks effectively. | 3 | |
| | | Score = 14 divided by 4 = 3.5 |
| **Attention to Detail** | | |
| 1. Conscientious work style. | 4 | |
| 2. Displays high level of accuracy. | 4 | |
| | | Score = 8 divided by 2 = 4 |
| **Communication Skills** | | |
| 1. Effective verbal and written communication skills. | 4 | |
| 2. Approachable and attentive listening skills. | 5 | |
| 3. Displays excellent telephone skills. | 4 | |
| | | Score = 13 divided by 3 = 4.3 |
| **Team Focus** | | |
| 1. Flexible and willing to help others. | 5 | |
| 2. Effectively supports multiple managers. | 5 | |
| 3. Displays cheerful, team-oriented attitude. | 4 | |
| 4. Enthusiastic about support to facility leadership. | 4 | |
| | | Score = 18 divided by 4 = 4.5 |

*Administrative Assistant*
*Revised 9/2002*

## PART TWO: RESPONSIBILITIES, STANDARDS and COMPETENCIES

*Below is a description of basic job activities though other related duties and activities may become necessary as directed by the department head or supervisor.*

| Administrative Responsibilities | Rating (1,2,3,4,5) | COMMENTS |
|---|---|---|
| 1. Prepares type-written documents for leadership team as directed. | 4 | |
| 2. Answers phone courteously and quickly while directing calls to appropriate office. | 4 | |
| 3. Composes correspondence and report drafts for leadership's review. | NA | |
| 4. Assists with scheduling and appointments for leadership team. | NA | |
| 5. Receives faxes for leadership as well as prepares/faxes outgoing faxes. | 4 | |
| 6. Organizes and maintains files and records. | 3 | |
| 7. Assists leadership with all administrative duties as assigned. | 4 | |
| 8. Transcribes documents as needed. | 4 | |
| 9. Attends staff meetings and in-services as directed. | 4 | |
| | | Score = 26 divided by ~~9~~ 7 = 3.7 |
| **Resident Rights** | | |
| 1. Maintains confidentiality of all resident information. | 5 | |
| 2. Respects resident's personal and property at all times. | 5 | |
| 3. Demonstrates a positive disposition when entering a resident's room and is willing to adjust schedule to meet the individual expectations or requests of the residents. | 5 | |
| | | Score = 15 divided by 3 = 5 |
| **Safety and Sanitation** | | |
| 1. Follows established safety regulations at all times. | 4 | |
| 2. Maintains a clean, safe work environment. | 4 | |
| 3. Follows infection control and universal precautions policies/procedures to ensure that a sanitary environment is maintained at all times. | 4 | |
| | | Score = 12 divided by 3 = 4 |

**TOTAL SCORE** *(add all averaged scores from above):* 32.7

Maximum Score = 40
Sample Pay Adjustment Table

| *Score* | *Increase* |
|---|---|
| up to 20 | 0% |
| 21 to 25 | 1% |
| 26 to 30 | 2% |
| 31 to 35 | 3% |
| 36 to 40 | 4% |

***NOTE:*** *Should an "Improvement Plan" be initiated, any wage adjustment may be delayed until the performance is fully improved (please see following page).*

## PERFORMANCE REVIEW SUMMARY

**Goals met and improvements made during review period:**
1)
2)
3)

**Top Three (3) Strengths:**
1) accepts sudden changes in responsibility well
2) warm, approachable personality. Well liked by staff
3) in spite of difficult changes in home environment, she has maintained a professional/dependable status at work.

**Areas for Improvement:**
1) – increase organizational skills / meeting deadlines
2) as approp.
3)

| Status of Improvement Plan (if applicable) | Follow-up Date |
|---|---|
| ☐ **New** performance improvement plan initiated with this review | ☐ Annual Performance Review<br>☐ 90-day from Review Date<br>☐ Other ___/___/___ |
| ☐ Performance improvement plan **in progress** -- initiated ___/___/___ | ___/___/___ |
| ☐ Performance improvement plan **completed successfully** in review period. | Completed ___/___/___ |

**Wage Impact?** ___Yes ___ No
*This improvement plan should delay any wage adjustment until the performance is fully improved (see follow-up date above) and documented in the personnel file.*

### Career Development Opportunities

| Goal/Objective: | Measurement: | Target Date: ___/___/___ |
|---|---|---|
| Goal/Objective: | Measurement: | Target Date: ___/___/___ |
| Goal/Objective: | Measurement: | Target Date: ___/___/___ |

Associate Comments:

Associate's Signature [signature] Date 9/30/04

Supervisor's Signature [signature] Date 9/30/04

[signature] 9/30/04

CONFIDENTIAL

*Administrative Assistant*
*Revised 9/2002*

# Competency-Based Position Description and Performance Review
## STAFFING COORDINATOR or SCHEDULER

Life Care Centers of America

Associate: Donna Diallo
Department: administration/nsg
Date of Review: 9/6/05
Exemption Status: Nonexempt
Risk Exposure Category 3 = may not involve exposure to blood/body fluids

Date of Hire: 9/11/01
Supervisor: Pam Charron
Purpose: ☐ Upon Hire ☐ 90-day eval ☒ Annual ☐ Other: ______

### POSITION SUMMARY

*The* STAFFING COORDINATOR *is responsible for daily, weekly and monthly work schedules for the nursing staff in accordance with all laws, regulations and LCC standards. Reports to Director of Nursing.*

### WORKING CONDITIONS

- Works in office as well as throughout facility (i.e., resident rooms, therapy rooms, dietary).
- Sits, stands, bends, lifts and moves intermittently during working hours.
- Subject to frequent interruptions.
- Involved with residents, associates, visitors, government agencies/personnel, etc. under all conditions and circumstances.
- Subject to hostile and emotionally upset residents, family members, etc.
- Works beyond normal working hours, on weekends and in other positions temporarily as necessary.
- Subject to falls, burns from equipment, odors, etc., throughout the work day.
- Possible exposure to infectious waste, diseases, conditions, etc., including exposure to the AIDS and Hepatitis B viruses.

### EDUCATION and EXPERIENCE

- Must be a high school graduate or equivalent.
- Must have basic computer skills.
- Prior staff scheduling in healthcare preferred.

### SPECIFIC REQUIREMENTS

- Must be able to read, write, speak and understand the English language.
- Must possess the ability to make independent decisions when circumstances warrant such action.
- Must be knowledgeable of scheduling practices and procedures as well as the laws, regulations and guidelines governing staffing functions in the long-term care facility.
- Must work harmoniously with other staff.

### PHYSICAL and SENSORY REQUIREMENTS

*(with or without the aid of mechanical devices)*

- Must be able to move intermittently throughout the work day.
- Must be able to cope with the mental and emotional stress of the position.
- Must possess sight/hearing senses or use prosthetics that will enable these senses to function adequately so that the requirements of this position can be fully met.
- Must be in good general health and demonstrate emotional stability.
- Must be able to lift, push, pull or transfer a minimum of 20 lbs.
- Must be able to assist in the evacuation of residents.

CONFIDENTIAL

PLAINTIFF'S Scheduling
EXHIBIT NO. 3
FOR IDENTIFICATION
DATE: 2-9-07 RPTR: CR

#57

## POSITION DESCRIPTION and PERFORMANCE REVIEW

*The ratings of this performance review are based upon the following criteria:*

Unsatisfactory (1 point) = *Performance needs improvement.* *Requires a performance improvement plan.*
Inconsistent/Marginal (2 points) = *Performance needs improvement. Requires more than normal supervision.*
Satisfactory (3 points) = *Performs skillfully on the standard. Requires normal amount of supervision.*
Good Role Model (4 points) = *Goes beyond expectations on occasion. Requires little or no supervision.*
Consistently Outstanding (5 points) = *Consistently goes beyond expectations. Requires little or no supervision.*

| PART ONE: CORE COMPETENCIES | Rating (1,2,3,4,5) | COMMENTS |
|---|---|---|
| **Life Care Mission/Values & Work Ethic** | | |
| 1. Supports Life Care's mission and values. | 5 | |
| 2. Displays integrity and professionalism by adhering to Life Care's code of conduct. | 5 | |
| 3. Demonstrates dependability. | 5 | |
| 4. Takes pride in work. | 5 | |
| | | Score = 20 divided by 4 = 5 |
| **Communication Skills** | | |
| 1. Communicates effectively and professionally both in writing and verbally with all types of personalities. | 5 | |
| 2. Answers questions thoroughly and timely. | 5 | |
| 3. Attentive listener. | 5 | |
| | | Score = 15 divided by 3 = 5 |
| **Problem-solving Skills** | | |
| 1. Demonstrates ability to solve problems independently. | 5 | |
| 2. Displays ability to self-correct quickly. | 5 | |
| 3. Solves problems fairly. | 5 | |
| | | Score = 15 divided by 3 = 5 |
| **Attention to Detail** | | |
| 1. Maintains organized systems. | 4 | |
| 2. Meets deadlines. | 4 | |
| | | Score = 8 divided by 2 = 4 |
| **Customer Focus** | | |
| 1. Treats all staff and residents with dignity and respect. | 5 | |
| 2. Seeks to accommodate staffing needs of associates while not compromising resident care needs. | 5 | |
| | | Score = 10 divided by 2 = 5 |

## PART TWO: RESPONSIBILITIES, STANDARDS and COMPETENCIES

*Below is a description of basic job activities though other related duties and activities may become necessary as directed by the department head or supervisor.*

| Scheduling Responsibilities | Rating (1,2,3,4,5) | COMMENTS |
|---|---|---|
| 1. Staffs facilities at levels determined by Director of Nursing. | 5 | |
| 2. Utilizes overtime and agency only when approved by Director of Nursing or Assistant Director of Nursing. | 5 | |
| 3. Prepares nursing schedules and modifies as needed. | 4 | |
| 4. Distributes revised schedules to appropriate associates and posts at designated areas. | 4 | |
| 5. Processes requests for shift changes. | 4 | |
| 6. Maintains nursing assistant sign-in sheets on a daily basis. | N/A | |
| 7. Distributes the next day's assignment before the end of the shift. | 4 | |
| 8. Maintains one to two weeks of scheduling at all times. | 4 | usually only has 1 wk complete |
| 9. Recommends and utilizes most appropriate scheduling option (i.e., Baylor, 12-hour shifts). | 5 | |
| 10. Maintains attendance and tardy records for all nursing services. | 3 | needs improvement |
| 11. Corrects mis-punches on clock-ins daily. | N/A | |
| 12. Reviews and approves timesheets at end of each pay period. | 5 | |
| 13. Makes necessary corrections to timesheets and returns to payroll clerk (including bonus pay, paid-time off, etc). | 4 | |
| 14. Notifies Director of Nursing of trends noted in time-clock punches. | 4 | |
| 15. Tabulates SNF, ICF and agency hours daily and provides reports to appropriate managers. | N/A | |
| 16. Maintains current nursing roster with current home, cell and pager numbers. | 4 | |
| 17. Maintains current certification and licenses for nursing staff. | N/A | |
| 18. Schedules driver when needed for resident's medical appointments. | N/A | |
| 19. Maintains in-service log for all nursing staff. | N/A | |
| | | Score = 55 divided by ~~19~~ 13 = 4.23 |

| Resident Rights | Rating | COMMENTS |
|---|---|---|
| 1. Maintains confidentiality of all resident information. | 5 | |
| 2. Respects resident's personal and property rights at all times. | 5 | |
| 3. Reviews scheduling complaints and grievances and makes verbal/written reports to the Director of Nursing. | 5 | |
| 4. Demonstrates a positive disposition when entering a resident's room and is willing to adjust schedule to meet the individual expectations or requests of the residents. | 5 | |
| | | Score = 20 divided by 4 = 5 |

| Safety and Sanitation | Rating | COMMENTS |
|---|---|---|
| 1. Follows established safety and sanitation procedures and policies. | 5 | |
| 2. Maintains a clean, safe working environment. | 4 | |
| | | Score = 9 divided by 2 = 4.5 |

**TOTAL SCORE** *(add all averaged scores from previous page):* 37.23

Maximum Score = 40

*Sample Pay Adjustment Table*

| *Score* | *Increase* |
|---|---|
| Up to 20 | 0% |
| 21 to 25 | 1% |
| 26 to 30 | 2% |
| 31 to 35 | 3% |
| 36 to 40 | 4% |

*__NOTE__: Should an "Improvement Plan" be initiated, any wage adjustment may be delayed until the performance is fully improved (please see following page).*

CONFIDENTIAL

## PERFORMANCE REVIEW SUMMARY

Goals met and improvements made during review period:
1)
2)
3)

Top Three (3) Strengths:
1) Dependable!
2) Great work ethic!
3) Dynamic team player

Areas for Improvement:
1) Organization
2) completing daily schedules 2 wks at a time
3) Better tracking system for call outs

| Status of Improvement Plan (if applicable) | Follow-up Date |
|---|---|
| ☐ New performance improvement plan initiated with this review | ☐ Annual Performance Review<br>☐ 90-day from Review Date<br>☐ Other ___/___/___ |
| ☐ Performance improvement plan **in progress** -- initiated ___/___/___ | ___/___/___ |
| ☐ Performance improvement plan **completed successfully** in review period. | Completed ___/___/___ |

**Wage Impact?** ___Yes ___ No
*This improvement plan should delay any wage adjustment until the performance is fully improved (see follow-up date above) and documented in the personnel file.*

### Career Development Opportunities

| Goal/Objective: | Measurement: | Target Date: ___/___/___ |
|---|---|---|
| Goal/Objective: | Measurement: | Target Date: ___/___/___ |
| Goal/Objective: | Measurement: | Target Date: ___/___/___ |

Associate Comments:

Associate's Signature Dona Diallo Date 9-8-05
Supervisor's Signature Pamela Cloutier, WOVS Date 9/8/05

*Staffing Coordinator*
*Revised 11/2001*

CONFIDENTIAL

## Competency-Based Position Description and Performance Review
### STAFFING COORDINATOR or SCHEDULER

Life Care Centers of America

Associate: Donna Sweeting
Department: NSG
Date of Review: 10/2/06
Exemption Status: Nonexempt
Risk Exposure Category 3 = may not involve exposure to blood/body fluids

Date of Hire: 9/11/06
Supervisor: C M Harris
Purpose: ☐ Upon Hire ☐ 90-day eval ☑ Annual ☐ Other: ____

### POSITION SUMMARY

*The* STAFFING COORDINATOR *is responsible for daily, weekly and monthly work schedules for the nursing staff in accordance with all laws, regulations and LCC standards. Reports to Director of Nursing.*

### WORKING CONDITIONS

- Works in office as well as throughout facility (i.e., resident rooms, therapy rooms, dietary).
- Sits, stands, bends, lifts and moves intermittently during working hours.
- Subject to frequent interruptions.
- Involved with residents, associates, visitors, government agencies/personnel, etc. under all conditions and circumstances.
- Subject to hostile and emotionally upset residents, family members, etc.
- Works beyond normal working hours, on weekends and in other positions temporarily as necessary.
- Subject to falls, burns from equipment, odors, etc., throughout the work day.
- Possible exposure to infectious waste, diseases, conditions, etc., including exposure to the AIDS and Hepatitis B viruses.

### EDUCATION and EXPERIENCE

- Must be a high school graduate or equivalent.
- Must have basic computer skills.
- Prior staff scheduling in healthcare preferred.

### SPECIFIC REQUIREMENTS

- Must be able to read, write, speak and understand the English language.
- Must possess the ability to make independent decisions when circumstances warrant such action.
- Must be knowledgeable of scheduling practices and procedures as well as the laws, regulations and guidelines governing staffing functions in the long-term care facility.
- Must work harmoniously with other staff.

### PHYSICAL and SENSORY REQUIREMENTS
*(with or without the aid of mechanical devices)*

- Must be able to move intermittently throughout the work day.
- Must be able to cope with the mental and emotional stress of the position.
- Must possess sight/hearing senses or use prosthetics that will enable these senses to function adequately so that the requirements of this position can be fully met.
- Must be in good general health and demonstrate emotional stability.
- Must be able to lift, push, pull or transfer a minimum of 20 lbs.
- Must be able to assist in the evacuation of residents.

TS12

**CONFIDENTIAL**

# POSITION DESCRIPTION and PERFORMANCE REVIEW

*The ratings of this performance review are based upon the following criteria:*

Unsatisfactory (1 point) = *Performance needs improvement. Requires a performance improvement plan.*
Inconsistent/Marginal (2 points) = *Performance needs improvement. Requires more than normal supervision.*
Satisfactory (3 points) = *Performs skillfully on the standard. Requires normal amount of supervision.*
Good Role Model (4 points) = *Goes beyond expectations on occasion. Requires little or no supervision.*
Consistently Outstanding (5 points) = *Consistently goes beyond expectations. Requires little or no supervision.*

| PART ONE: CORE COMPETENCIES | Rating (1,2,3,4,5) | COMMENTS |
|---|---|---|
| **Life Care Mission/Values & Work Ethic** | | |
| 1. Supports Life Care's mission and values. | 4 | |
| 2. Displays integrity and professionalism by adhering to Life Care's code of conduct. | 4 | |
| 3. Demonstrates dependability. | 3 | |
| 4. Takes pride in work. | 3 | |
| | | Score = 14 divided by 4 = 3.5 |
| **Communication Skills** | | |
| 1. Communicates effectively and professionally both in writing and verbally with all types of personalities. | 3 | |
| 2. Answers questions thoroughly and timely. | 4 | |
| 3. Attentive listener. | 4 | |
| | | Score = 11 divided by 3 = 3.6 |
| **Problem-solving Skills** | | |
| 1. Demonstrates ability to solve problems independently. | 4 | |
| 2. Displays ability to self-correct quickly. | 3 | |
| 3. Solves problems fairly. | 4 | |
| | | Score = 11 divided by 3 = 3.6 |
| **Attention to Detail** | | |
| 1. Maintains organized systems. | 2 | |
| 2. Meets deadlines. | 3 | |
| | | Score = 5 divided by 2 = 2.5 |
| **Customer Focus** | | |
| 1. Treats all staff and residents with dignity and respect. | 4 | |
| 2. Seeks to accommodate staffing needs of associates while not compromising resident care needs. | 4 | |
| | | Score = 8 divided by 2 = 4 |

CONFIDENTIAL

## PERFORMANCE REVIEW SUMMARY

**Goals met and improvements made during review period:**

1)

2)

3)

**Top Three (3) Strengths:**

1) Willing to make adjustments when needed with her hours

2) – picks up frequently according to staffing needs

3) Over-all – liked/respected by her peers

**Areas for Improvement:**

1) – Better organization

2) Complete 2 wk schedule at a time (Be a little more aggressive to fill sched.)

3) Pay closer attn to scheduling (accuracy of staff's days off or on etc.)

| Status of Improvement Plan (if applicable) | Follow-up Date |
|---|---|
| ☐ **New** performance improvement plan initiated with this review | ☐ Annual Performance Review<br>☐ 90-day from Review Date<br>☐ Other __/__/__ |
| ☐ Performance improvement plan **in progress** – initiated __/__/__ | __/__/__ |
| ☐ Performance improvement plan **completed successfully** in review period. | Completed __/__/__ |

**Wage Impact?** ___Yes ___ No

*This improvement plan should delay any wage adjustment until the performance is fully improved (see follow-up date above) and documented in the personnel file.*

### Career Development Opportunities

| Goal/Objective: | Measurement: | Target Date: |
|---|---|---|
| | | / / |

To obtain scheduling program for computer (from. E.D.) in order to be more proficient/timely in completing weekly schedules.

– Overall Donna is a great asset to the nsg team. She usually takes instruction or correction very well. Recently there has been a few challenges (both personal & professionally) but Donna has pushed through & continually tried to meet the staffing needs. Better organization will assist Donna in this area. — [illegible signature]

**CONFIDENTIAL**

## PERFORMANCE REVIEW SUMMARY

**Goals met and improvements made during review period:**
1)
2)
3)

**Top Three (3) Strengths:**
1)
2)
3)

**Areas for Improvement:**
1)
2)
3)

| Status of Improvement Plan (if applicable) | Follow-up Date |
|---|---|
| ☐ New performance improvement plan initiated with this review | ☐ Annual Performance Review<br>☐ 90-day from Review Date<br>☐ Other ___/___/___ |
| ☐ Performance improvement plan in progress -- initiated ___/___/___ | ___/___/___ |
| ☐ Performance improvement plan completed successfully in review period. | Completed ___/___/___ |

**Wage Impact?** ___Yes ___ No
*This improvement plan should delay any wage adjustment until the performance is fully improved (see follow-up date above) and documented in the personnel file.*

| Career Development Opportunities | | |
|---|---|---|
| Goal/Objective: | Measurement: | Target Date: ___/___/___ |
| Goal/Objective: | Measurement: | Target Date: ___/___/___ |
| Goal/Objective: | Measurement: | Target Date: ___/___/___ |

Associate Comments:

Associate's Signature _Donna Sweeting_ Date _10/2/06_

Supervisor's Signature _[signature]_ Date _10/2/06_

*Registered Nurse*
*Revised 4/2005*

DEF02206

**EXHIBIT K**

# Competency-Based Position Description and Performance Review
## STAFFING COORDINATOR or SCHEDULER

Life Care Centers of America

Associate: Rebecca Sautin
Department: NSG
Date of Review: 5/19/04
Exemption Status: Nonexempt
Risk Exposure Category 3 = may not involve exposure to blood/body fluids

Date of Hire: 7/10/01
Supervisor: Pam Chorrow, RN
Purpose: ❑ Upon Hire ❑ 90-day eval ☒ Annual ❑ Other: ______

### POSITION SUMMARY

*The* STAFFING COORDINATOR *is responsible for daily, weekly and monthly work schedules for the nursing staff in accordance with all laws, regulations and LCC standards. Reports to Director of Nursing.*

### WORKING CONDITIONS

- Works in office as well as throughout facility (i.e., resident rooms, therapy rooms, dietary).
- Sits, stands, bends, lifts and moves intermittently during working hours.
- Subject to frequent interruptions.
- Involved with residents, associates, visitors, government agencies/personnel, etc. under all conditions and circumstances.
- Subject to hostile and emotionally upset residents, family members, etc.
- Works beyond normal working hours, on weekends and in other positions temporarily as necessary.
- Subject to falls, burns from equipment, odors, etc., throughout the work day.
- Possible exposure to infectious waste, diseases, conditions, etc., including exposure to the AIDS and Hepatitis B viruses.

### EDUCATION and EXPERIENCE

- Must be a high school graduate or equivalent.
- Must have basic computer skills.
- Prior staff scheduling in healthcare preferred.

### SPECIFIC REQUIREMENTS

- Must be able to read, write, speak and understand the English language.
- Must possess the ability to make independent decisions when circumstances warrant such action.
- Must be knowledgeable of scheduling practices and procedures as well as the laws, regulations and guidelines governing staffing functions in the long-term care facility.
- Must work harmoniously with other staff.

### PHYSICAL and SENSORY REQUIREMENTS
*(with or without the aid of mechanical devices)*

- Must be able to move intermittently throughout the work day.
- Must be able to cope with the mental and emotional stress of the position.
- Must possess sight/hearing senses or use prosthetics that will enable these senses to function adequately so that the requirements of this position can be fully met.
- Must be in good general health and demonstrate emotional stability.
- Must be able to lift, push, pull or transfer a minimum of 20 lbs.
- Must be able to assist in the evacuation of residents.

## POSITION DESCRIPTION and PERFORMANCE REVIEW

*The ratings of this performance review are based upon the following criteria:*

Unsatisfactory (**1** point) = *Performance needs improvement. Requires a performance improvement plan.*
Inconsistent/Marginal (**2** points) = *Performance needs improvement. Requires more than normal supervision.*
Satisfactory (**3** points) = *Performs skillfully on the standard. Requires normal amount of supervision.*
Good Role Model (**4** points) = *Goes beyond expectations on occasion. Requires little or no supervision.*
Consistently Outstanding (**5** points) = *Consistently goes beyond expectations. Requires little or no supervision.*

| PART ONE: CORE COMPETENCIES | Rating (1,2,3,4,5) | COMMENTS |
|---|---|---|
| **Life Care Mission/Values & Work Ethic** | | |
| 1. Supports Life Care's mission and values. | 5 | |
| 2. Displays integrity and professionalism by adhering to Life Care's code of conduct. | 5 | |
| 3. Demonstrates dependability. | 5 | |
| 4. Takes pride in work. | 5 | |
| | | Score = 20 divided by 4 = 5 |
| **Communication Skills** | | |
| 1. Communicates effectively and professionally both in writing and verbally with all types of personalities. | 4 | |
| 2. Answers questions thoroughly and timely. | 4 | |
| 3. Attentive listener. | 5 | |
| | | Score = 13 divided by 3 = 4.33 |
| **Problem-solving Skills** | | |
| 1. Demonstrates ability to solve problems independently. | 4 | |
| 2. Displays ability to self-correct quickly. | 4 | |
| 3. Solves problems fairly. | 4 | |
| | | Score = 12 divided by 3 = 4 |
| **Attention to Detail** | | |
| 1. Maintains organized systems. | 4 | |
| 2. Meets deadlines. | 4 | |
| | | Score = 8 divided by 2 = 4 |
| **Customer Focus** | | |
| 1. Treats all staff and residents with dignity and respect. | 4 | |
| 2. Seeks to accommodate staffing needs of associates while not compromising resident care needs. | 4 | |
| | | |
| | | Score = 8 divided by 2 = 4 |

## [PAR]T TWO: RESPONSIBILITIES, STANDARDS and COMPETENCIES

*[B]elow is a description of basic job activities though other related duties and activities may become necessary as directed by the department head or supervisor.*

| Scheduling Responsibilities | Rating (1,2,3,4,5) | COMMENTS |
|---|---|---|
| 1. Staffs facilities at levels determined by Director of Nursing. | 4 | |
| 2. Utilizes overtime ~~and agency~~ only when approved by Director of Nursing or Assistant Director of Nursing. | 4 | |
| 3. Prepares nursing schedules and modifies as needed. | 4 | |
| 4. Distributes revised schedules to appropriate associates and posts at designated areas. | 4 | Remember to share c̄ ADON! |
| 5. Processes requests for shift changes. | 4 | |
| 6. Maintains nursing assistant sign-in sheets on a daily basis. | 4 | |
| 7. Distributes the next day's assignment before the end of the shift. | 4 | |
| 8. Maintains one to two weeks of scheduling at all times. | 4 | |
| 9. Recommends and utilizes most appropriate scheduling option (i.e., Baylor, 12-hour shifts). | 4 | |
| 10. Maintains attendance and tardy records for all nursing services. | 4 | |
| 11. Corrects mis-punches on clock-ins daily. | N/A | |
| 12. Reviews and approves timesheets at end of each pay period. | 4 | |
| 13. Makes necessary corrections to timesheets and returns to payroll clerk (including bonus pay, paid-time off, etc). | 4 | |
| 14. Notifies Director of Nursing of trends noted in time-clock punches. | 4 | |
| 15. Tabulates SNF, ICF and agency hours daily and provides reports to appropriate managers. | 3 | |
| 16. Maintains current nursing roster with current home, cell and pager numbers. | 3 | |
| 17. Maintains current certification and licenses for nursing staff. | N/A | |
| 18. Schedules driver when needed for resident's medical appointments. | 3 | |
| 19. Maintains in-service log for all nursing staff. | N/A | |
| | | Score = 61 divided by ~~19~~ 16 = 3.81 |

| Resident Rights | | |
|---|---|---|
| 1. Maintains confidentiality of all resident information. | 4 | |
| 2. Respects resident's personal and property rights at all times. | 4 | |
| 3. Reviews scheduling complaints and grievances and makes verbal/written reports to the Director of Nursing. | 3 | |
| 4. Demonstrates a positive disposition when entering a resident's room and is willing to adjust schedule to meet the individual expectations or requests of the residents. | 3 | |
| | | Score = 14 divided by 4 = 3.5 |

| Safety and Sanitation | | |
|---|---|---|
| 1. Follows established safety and sanitation procedures and policies. | 4 | |
| 2. Maintains a clean, safe working environment. | 4 | |
| | | Score = 8 divided by 2 = 4 |

**TOTAL SCORE** *(add all averaged scores from previous page):* 32.64

Maximum Score = 40

***NOTE**: Should an "Improvement Plan" be initiated, any wage adjustment may be delayed until the performance is fully improved (please see following page).*

## PERFORMANCE REVIEW SUMMARY

...als met and improvements made during review period:

2)

3)

**Top Three (3) Strengths:**

1) Very organized
2) reliable/dependable
3) always willing to help out staff whether it be just listening to them or working on the units to help out.

**Areas for Improvement:**

1) Need to be more assertive
2) Ensure all schedule changes are approved by management prior to completing them
3)

| Status of Improvement Plan (if applicable) | Follow-up Date |
|---|---|
| ☐ **New** performance improvement plan initiated with this review | ☑ Annual Performance Review<br>☐ 90-day from Review Date<br>☐ Other ___/___/___ |
| ☐ Performance improvement plan **in progress** -- initiated ___/___/___ | ___/___/___ |
| ☐ Performance improvement plan **completed successfully** in review period. | Completed ___/___/___ |

**Wage Impact?** ___Yes ___ No
*This improvement plan should delay any wage adjustment until the performance is fully improved (see follow-up date above) and documented in the personnel file.*

### Career Development Opportunities

| Goal/Objective: | Measurement: | Target Date: __/__/__ |
|---|---|---|
| Goal/Objective: | Measurement: | Target Date: __/__/__ |
| Goal/Objective: | Measurement: | Target Date: __/__/__ |

Associate Comments:

Associate's Signature [signature] Date 5/19/04

Supervisor's Signature [signature], RN ADON Date 5/19/04

"2006"

## Competency-Based Position Description and Performance Review
## STAFFING COORDINATOR or SCHEDULER

Life Care Centers of America

Associate: Dawn Morang

Department: Nursing/Staffing

Date of Review: ____________

Exemption Status: Nonexempt

Risk Exposure Category 3 = may not involve exposure to blood/body fluids

Date of Hire: 9/26/91

Supervisor: Pam Charron

Purpose: ☐ Upon Hire ☐ 90-day eval ☑ Annual ☐ Other: ______

### POSITION SUMMARY

*The* STAFFING COORDINATOR *is responsible for daily, weekly and monthly work schedules for the nursing staff in accordance with all laws, regulations and LCC standards. Reports to Director of Nursing.*

### WORKING CONDITIONS

- Works in office as well as throughout facility (i.e., resident rooms, therapy rooms, dietary).
- Sits, stands, bends, lifts and moves intermittently during working hours.
- Subject to frequent interruptions.
- Involved with residents, associates, visitors, government agencies/personnel, etc. under all conditions and circumstances.
- Subject to hostile and emotionally upset residents, family members, etc.
- Works beyond normal working hours, on weekends and in other positions temporarily as necessary.
- Subject to falls, burns from equipment, odors, etc., throughout the work day.
- Possible exposure to infectious waste, diseases, conditions, etc., including exposure to the AIDS and Hepatitis B viruses.

### EDUCATION and EXPERIENCE

- Must be a high school graduate or equivalent.
- Must have basic computer skills.
- Prior staff scheduling in healthcare preferred.

### SPECIFIC REQUIREMENTS

- Must possess the ability to make independent decisions when circumstances warrant such action.
- Must be knowledgeable of scheduling practices and procedures as well as the laws, regulations and guidelines governing staffing functions in the long-term care facility.
- Must work harmoniously with other staff.
- Must understand and follow company policies including harassment and complaint procedures.

### ESSENTIAL FUNCTIONS

- Must be able to read, write, speak and understand the English language.
- Must be able to move intermittently throughout the work day.
- Must be able to assist in the evacuation of residents.
- Must be able to staff facilities at levels determined by Director of Nursing.
- Must be able to prepare all shift schedules and communicate clearly to staff.
- Must practice dependable, regular attendance.
- Must be able to lift 40 lbs floor to waist; lift 10 lbs waist to shoulder; lift and carry 40 lbs; and push/pull 40 lbs.

CONFIDENTIAL

DEF03148

Ts 13

# POSITION DESCRIPTION and PERFORMANCE REVIEW

*The ratings of this performance review are based upon the following criteria:*

Unsatisfactory (1 point) = *Performance needs improvement.* ***Requires a performance improvement plan.***
Inconsistent/Marginal (2 points) = *Performance needs improvement. Requires more than normal supervision.*
Satisfactory (3 points) = *Performs skillfully on the standard. Requires normal amount of supervision.*
Good Role Model (4 points) = *Goes beyond expectations on occasion. Requires little or no supervision.*
Consistently Outstanding (5 points) = *Consistently goes beyond expectations. Requires little or no supervision.*

| PART ONE: CORE COMPETENCIES | Rating (1,2,3,4,5) | COMMENTS |
|---|---|---|
| **Life Care Mission/Values & Work Ethic** | | |
| 1. Supports Life Care's mission and values. | 5 | |
| 2. Displays integrity and professionalism by adhering to Life Care's code of conduct and completing mandatory code of conduct training. | 5 | |
| 3. Demonstrates dependability. | 5 | |
| 4. Takes pride in work. | 5 | |
| | | Score = 20 divided by 4 = 5 |
| **Communication Skills** | | |
| 1. Communicates effectively and professionally both in writing and verbally with all types of personalities. | 4 | |
| 2. Answers questions thoroughly and timely. | (3) | |
| 3. Attentive listener. | 4 | |
| | | Score = 11 divided by 3 = 3.66 |
| **Problem-solving Skills** | | |
| 1. Demonstrates ability to solve problems independently. | 4 | |
| 2. Displays ability to self-correct quickly. | 4 | |
| 3. Solves problems fairly. | 4 | |
| | | Score = 12 divided by 3 = 4 |
| **Attention to Detail** | | |
| 1. Maintains organized systems. | 4 | |
| 2. Meets deadlines. | 4 | |
| | | Score = 8 divided by 2 = 4 |
| **Customer Focus** | | |
| 1. Treats all staff and residents with dignity and respect. | 4 | |
| 2. Seeks to accommodate staffing needs of associates while not compromising resident care needs. | 4 | |
| | | Score = 8 divided by 2 = 4 |

## PART TWO: RESPONSIBILITIES, STANDARDS and COMPETENCIES

*Below is a description of essential functions though other related duties and activities may become necessary as directed by the department head or supervisor.*

| Scheduling Responsibilities | Rating (1,2,3,4,5) | COMMENTS |
|---|---|---|
| 1. Staffs facilities at levels determined by Director of Nursing. | 4 | |
| 2. Utilizes overtime and agency only when approved by Director of Nursing or Assistant Director of Nursing. | 5 | |
| 3. Prepares nursing schedules and modifies as needed. | 5 | |
| 4. Distributes revised schedules to appropriate associates and posts at designated areas. | 5 | |
| 5. Processes requests for shift changes. | 5 | |
| 6. Maintains nursing assistant sign-in sheets on a daily basis. | N/A | |
| 7. Distributes the next day's assignment before the end of the shift. | 4 | |
| 8. Maintains one to two weeks of scheduling at all times. | (2) | need to cont improvement |
| 9. Recommends and utilizes most appropriate scheduling option (i.e., Baylor, 12-hour shifts). | 3 | |
| 10. Maintains attendance and tardy records for all nursing services. | 3 | |
| 11. Corrects mis-punches on clock-ins daily. | 3 | done weekly |
| 12. Reviews and approves timesheets at end of each pay period. | 5 | |
| 13. Makes necessary corrections to timesheets and returns to payroll clerk (including bonus pay, paid-time off, etc). | 4 | |
| 14. Notifies Director of Nursing of trends noted in time-clock punches. | 4 | |
| 15. Tabulates SNF, ICF and agency hours daily and provides reports to appropriate managers. | N/A | |
| 16. Maintains current nursing roster with current home, cell and pager numbers. | 3 | |
| 17. Maintains current certification and licenses for nursing staff. | N/A | |
| 18. Schedules driver when needed for resident's medical appointments. | N/A | |
| 19. Maintains in-service log for all nursing staff. | N/A | |
| | | Score = 55 divided by ~~19~~ 14 = 3.96 |

| Resident Rights | Rating | COMMENTS |
|---|---|---|
| 1. Maintains confidentiality of all resident information. | 5 | |
| 2. Respects resident's personal and property rights at all times. | 5 | |
| 3. Reviews scheduling complaints and grievances and makes verbal/written reports to the Director of Nursing. | 5 | |
| 4. Demonstrates a positive disposition when entering a resident's room and is willing to adjust schedule to meet the individual expectations or requests of the residents. | 5 | |
| | | Score = 20 divided by 4 = 5 |

| Safety and Sanitation | Rating | COMMENTS |
|---|---|---|
| 1. Follows established safety and sanitation procedures and policies. | 4 | |
| 2. Maintains a clean, safe working environment. | 4 | |
| | | Score = 8 divided by 2 = 4 |

CONFIDENTIAL

DEF03150

**TOTAL SCORE** *(add all averaged scores from previous page)*: 33.58

***NOTE***: *Should an "Improvement Plan" be initiated, any wage adjustment may be delayed until the performance is fully improved (please see following page).*

## PERFORMANCE REVIEW SUMMARY

**Goals met and improvements made during review period:**

1)

2)

3)

**Top Three (3) Strengths:**

1) Reliable
2) Concienceous
3) willing to go out of her way to help

**Areas for Improvement:**

1) continued daily schedule availability 2 wks @ a time
2) less negativity during difficult times
3) attend inservices on a regular basis

| Status of Improvement Plan (if applicable) | Follow-up Date |
|---|---|
| ☐ New performance improvement plan initiated with this review | ☐ Annual Performance Review<br>☐ 90-day from Review Date<br>☐ Other ___/___/___ |
| ☐ Performance improvement plan **in progress** – initiated / / | / / |
| ☐ Performance improvement plan **completed successfully** in review period. | Completed / / |

**Wage Impact?** ___Yes ___ No
*This improvement plan should delay any wage adjustment until the performance is fully improved (see follow-up date above) and documented in the personnel file.*

### Career Development Opportunities

| Goal/Objective: | Measurement: | Target Date: __/__/__ |
|---|---|---|
| Goal/Objective: | Measurement: | Target Date: __/__/__ |
| Goal/Objective: | Measurement: | Target Date: __/__/__ |

Associate Comments: On area's for improvement, you put less negativity during difficult times, I am very offended by that. I work at home and on weekends to fill staffing needs for which I get no compensation. My negativity in stressful times comes from feeling that there is no support from my superiors, and I am left to fend for myself, when I am looking for guidance.

Associate's Signature [signature] Date 10/24/06

Supervisor's Signature [signature] Date 10/24/06

CONFIDENTIAL

DEF03151