**EXHIBIT L**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Cherry Hill Manor | | | | | | | |
| Bonus Dollars Paid | | | | | | | |
| | 3-Jul | 10-Jul | 17-Jul | 24-Jul | 31-Jul | 7-Aug | 14-Aug |
| On Call | 123.00 | 138.00 | 123.00 | 123.00 | 123.00 | 123.00 | 123.00 |
| Call Log | | | 45.00 | | 80.00 | | |
| Extra Shift | 6,425.00 | 8,275.00 | 8,825.00 | 8,925.00 | 6,412.50 | 2,125.00 | 1,756.25 |
| Med Tech | 240.50 | 56.00 | 106.50 | 79.00 | 41.00 | 86.50 | 72.50 |
| Orientation | 40.00 | | | | 24.00 | 64.00 | |
| Sign On | 500.00 | 1,000.00 | | 1,000.00 | | 500.00 | 100.00 |
| Referral | | | | 500.00 | 500.00 | | |
| | 7,328.50 | 9,469.00 | 9,099.50 | 10,627.00 | 7,180.50 | 2,898.50 | 2,051.75 |
| | questimates | | | | | | |

CONFIDENTIAL

DEF02917

| 21-Aug | 28-Aug | 4-Sep | 11-Sep | 18-Sep | 25-Sep | 2-Oct | 9-Oct | 16-Oct | 23-Oct |
|---|---|---|---|---|---|---|---|---|---|
| 123.00 | 123.00 | 123.00 | 132.00 | 123.00 | 123.00 | $123.00 | $123.00 | $132.00 | $123.00 |
| 105.00 | | | | 80.00 | 75.00 | | $10.00 | | $155.00 |
| 1,325.00 | 400.00 | 1,000.00 | 1,100.00 | 2,518.75 | 2,181.25 | $600.00 | $2,246.88 | | $200.00 |
| 67.50 | 71.00 | 96.50 | 81.50 | 120.00 | 86.50 | $135.50 | $137.00 | $77.00 | $138.00 |
| | | | | 40.50 | 98.00 | $26.00 | $28.00 | | $72.00 |
| 1,000.00 | | | | | 500.00 | | | $500.00 | |
| | 500.00 | | | | | | | | |
| | | | | | | | | | |
| 2,620.50 | 1,094.00 | 1,219.50 | 1,313.50 | 2,882.25 | 3,063.75 | $884.50 | $2,544.88 | $709.00 | $688.00 |
| | | | actual | | | | | | |

CONFIDENTIAL

DEF02918

| 30-Oct | 6-Nov | 13-Nov | 20-Nov | 27-Nov | 4-Dec | 11-Dec | 18-Dec | 25-Dec | |
|---|---|---|---|---|---|---|---|---|---|
| $123.00 | $108.00 | $123.00 | $123.00 | $133.00 | $123.00 | $123.00 | $123.00 | $60.00 | 3,163.00 |
| | $175.00 | | $20.00 | $80.00 | $205.00 | | | | 1,030.00 |
| $1,937.50 | $2,306.25 | $1,484.37 | $375.00 | $2,656.25 | $1,325.00 | $750.00 | $1,150.00 | $1,908.75 | 68,208.75 |
| $192.00 | $276.00 | $222.50 | $115.50 | $12.00 | $124.50 | $61.00 | | $154.50 | 2,850.50 |
| $48.00 | $63.00 | $24.00 | | | $86.00 | $55.00 | | | 668.50 |
| | $1,000.00 | | | | | | $500.00 | | 6,600.00 |
| | | | | | | | | | 1,500.00 |
| | | | | | | | | | 0.00 |
| $2,300.50 | $3,928.25 | $1,853.87 | $633.50 | $2,881.25 | $1,863.50 | $989.00 | $1,773.00 | $2,123.25 | 84,020.75 |

DEF02919

CONFIDENTIAL

Cherry Hill Manor
Bonus Dollars Paid
2005

| | 01/01/05 | 01/08/05 | 01/15/05 | 01/22/05 | 01/29/05 | 02/05/05 | 02/12/05 | 02/19/05 |
|---|---|---|---|---|---|---|---|---|
| On Call | $123.00 | $123.00 | $138.00 | $108.00 | $108.00 | $123.00 | $138.00 | $123.00 |
| Call Log | | | $30.00 | | $30.00 | | | $125.00 |
| Extra Shift | $2,612.50 | $1,925.00 | $2,125.00 | $2,600.00 | $3,750.00 | $2,875.00 | $2,400.00 | $2,300.00 |
| Med Tech | $86.50 | $200.50 | $160.50 | $153.25 | $161.00 | $236.00 | $261.50 | $220.00 |
| Orientation | | | $83.00 | $120.00 | | | $40.00 | $52.00 |
| Sign On | $500.00 | $500.00 | | | | $500.00 | | $1,000.00 |
| Referral | $1,000.00 | | | | $500.00 | $500.00 | | |
| Misc. | | | | | $500.00 | | | |
| | $4,322.00 | $2,748.50 | $2,536.50 | $2,981.25 | $5,049.00 | $4,234.00 | $2,839.50 | $3,820.00 |

DEF02920

CONFIDENTIAL

| 02/26/05 | 03/05/05 | 03/12/05 | 03/19/05 | 03/26/05 | 04/02/05 | 04/09/05 | 04/16/05 | 04/23/05 | 04/30/05 |
|---|---|---|---|---|---|---|---|---|---|
| $117.00 | $123.00 | $123.00 | $123.00 | $123.00 | $108.00 | $123.00 | $123.00 | $123.00 | $123.00 |
| | | | | | | $40.00 | | | |
| $2,762.50 | $3,575.00 | $2,856.25 | $2,500.00 | $3,325.00 | $2,825.00 | $2,725.00 | $2,050.00 | $3,450.00 | $2,525.00 |
| $263.00 | $298.50 | $348.00 | $207.00 | $299.50 | $301.50 | $389.00 | $275.00 | $236.00 | $237.00 |
| $40.00 | $32.00 | $40.00 | | $24.00 | $26.00 | $96.00 | $16.00 | $48.00 | |
| $500.00 | $500.00 | | | | | $500.00 | $500.00 | | |
| | $500.00 | | $800.00 | | $500.00 | $1,000.00 | | | |
| $3,682.50 | $5,028.50 | $3,367.25 | 3,630.00 | $3,771.50 | $3,760.50 | $4,873.00 | $2,964.00 | $3,857.00 | $2,885.00 |

Extra Shift $3575. from 3/5 added

Med Tech $72 from 3/5 added

DEF02921

CONFIDENTIAL

DEF02922

| 05/07/05 | 05/14/05 | 05/21/05 | 05/28/05 | 06/04/05 | 06/11/05 | 06/18/05 | 06/25/05 | 07/02/05 | 07/09/05 |
|---|---|---|---|---|---|---|---|---|---|
| $123.00 | $123.00 | $123.00 | $123.00 | $132.00 | $123.00 | $123.00 | $123.00 | $123.00 | $132.00 |
| | | | $75.00 | | | | | | |
| $2,317.50 | $2,200.00 | $1,475.00 | $2,550.00 | $1,725.00 | $1,750.00 | $3,393.75 | $2,700.00 | $2,350.00 | $4,100.00 |
| $329.00 | $313.00 | $289.00 | $315.00 | $382.00 | $378.00 | $454.00 | $405.50 | $404.50 | $385.00 |
| | $24.00 | | | | | | | | |
| $500.00 | $500.00 | $500.00 | $1,000.00 | $500.00 | $500.00 | | | $500.00 | $500.00 |
| | | | | | $1,000.00 | | $500.00 | | |
| | | | | | | MDS | $1,383.41 | $1,972.36 | |
| $3,269.50 | $3,160.00 | $2,387.00 | $4,063.00 | $2,739.00 | $3,751.00 | $3,970.75 | $5,111.91 | $5,349.86 | $5,117.00 |

CONFIDENTIAL

| 07/16/05 | 07/23/05 | 07/30/05 | 08/06/05 | 08/13/05 | 08/20/05 | 08/27/05 | 09/03/05 | 09/10/05 | 09/17/05 |
|---|---|---|---|---|---|---|---|---|---|
| $123.00 | $123.00 | $123.00 | 123.00 | 123.00 | 123.00 | 123.00 | 123.00 | 132.00 | $123.00 |
| | | | 55.00 | | | | | | |
| $4,475.00 | $3,087.50 | $2,862.50 | $2,450.00 | $3,800.00 | $3,900.00 | $3,850.00 | $2,550.00 | $2,950.00 | $2,450.00 |
| $375.00 | $368.00 | $346.00 | $547.00 | $436.00 | $508.00 | $493.00 | $549.00 | $365.00 | $516.00 |
| | | | $16.00 | | $16.00 | | | | |
| $500.00 | | | | | | $500.00 | $500.00 | | $500.00 |
| $500.00 | | | | | | | $500.00 | $800.00 | |
| $5,973.00 | $3,578.50 | $3,331.50 | $3,191.00 | $4,359.00 | $4,547.00 | $4,966.00 | $4,222.00 | $4,247.00 | $3,589.00 |

CONFIDENTIAL

DEF02923

DEF02924

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 09/24/05 | 10/01/05 | 10/08/05 | 10/15/05 | 10/22/02 | 10/29/05 | 11/05/05 | 11/12/05 | 11/19/05 | 11/26/05 |
| $123.00 | $123.00 | $123.00 | $132.00 | $123.00 | $123.00 | $108.00 | $123.00 | $123.00 | 117.00 |
| $3,500.00 | $1,800.00 | 2,000.00 | 1,800.00 | 2,400.00 | 1,900.00 | $3,100.00 | $1,500.00 | $1,600.00 | $2,100.00 |
| $450.00 | $307.50 | 208.00 | 247.00 | 242.00 | 294.00 | | | | |
| | $500.00 | 500.00 | | | | $500.00 | | $500.00 | $2,500.00 |
| | $500.00 | 500.00 | | | | $500.00 | | | |
| $4,073.00 | $3,230.50 | $3,331.00 | $2,179.00 | $2,765.00 | $2,317.00 | $4,208.00 | $1,623.00 | $2,223.00 | $4,717.00 |

CONFIDENTIAL

| 12/03/05 | 12/10/05 | 12/17/05 | 12/24/05 | 2005 TOTALS |
|---|---|---|---|---|
| 138.00 | 123.00 | 123.00 | 108.00 | 6,390.00 |
| | | 40.00 | | 395.00 |
| $3,200.00 | $1,300.00 | $1,900.00 | $1,400.00 | 135,617.50 |
| | | | | 14,240.25 |
| | | | | 673.00 |
| $1,000.00 | | $500.00 | | 17,000.00 |
| $500.00 | | | | 10,100.00 |
| | | | | 3,855.77 |
| $4,838.00 | $1,423.00 | $2,563.00 | $1,508.00 | $188,271.52 |

DEF02925

CONFIDENTIAL

EXHIBIT M

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **BARBARA ANTONUCCI,** Plaintiff, | |
| **v.** | **C.A. No. 06-108 ML** |
| **LIFE CARE CENTERS OF AM., INC., et al.,** Defendants. | |

## AFFIDAVIT

I, Irene Ferruccio, a resident of Cranston, RI, do hereby state and affirm that:

1. I am a registered nurse. I was employed by Cherry Hill Manor Nursing Home, Johnston, RI, from July 2001 to August 2003, when I voluntarily left for another position. I was rehired to work at Cherry Hill in May 2004 and fired in February 2005.

2. When I was rehired, I was unit manager on the 4th floor at Cherry Hill.

3. I was on medical leave from about December 23 to February 8. I was not working at Cherry Hill during this time.

4. I knew Barbara Antonucci while I was working at Cherry Hill. Barbara had a reputation of working very hard to fill openings. She called me repeatedly to see if I would pick up extra hours. She would call me again even if I had already said no.

5. Barbara would also approach me in person when I was at work. I saw her doing this with other nurses. She would either meet nurses in the lobby, or come up to the floors during the work day to see if anyone would pick up a shift. When we saw her we all walked away and tried to avoid her because we knew she would pressure us to take extra hours. We said things like "here comes Barbara."

6. Barbara offered days off in exchange for picking up a shift. I know this because

she did this with me when she tried to get me to pick up shifts by doing this.

7. After Pam Charron became DON, she made age-related comments to me and in my presence. On one occasion she asked me how old I was. I responded that "I'll never tell." She said she would just look it up in my file. On another occasion, I heard her say on smoke break, talking about an older person she had just interviewed, that all she needs is another person thinking she's too young for the job. Pam Charron did not hire the person.

8. I saw Pam Charron treat younger persons better than the older ones. For example, she treated a younger (in her 30s) nurse named Melissa DeCosta much better than she treated other older nurses. At one point, she promoted Melissa to the unit manager position, even though she was not even an R.N. I was one of the older nurses that she treated badly.

9. I believe I was fired by Pam Charron because of my age. I was fifty-six years old at the time I was fired. I was replaced by a younger nurse (in her 30s) who was not even an R.N., her name was Deb Lefebrve. She was not as qualified as I was.

10. I am aware of at least two other older women who have been fired from Cherry Hill, their names are Linda Norden and Linda McMillan.

11. When Pam Charron came to Cherry Hill to replace Celeste Harris, I had never heard that Celeste Harris was doing a bad job. Instead, I was told that Celeste just did not want the DON position anymore.

12. After Barbara Antonucci was fired, she was replaced by Donna Diallo, who is in her 30s. I had the same kind of interaction with Donna that I did with Barbara. I did not see Donna do anything in terms of staffing that Barbara did not do.

13. I saw a posting for a per diem staffing coordinator just before Barbara Antonucci was fired.

Subscribed and sworn to under the penalties of perjury this the 26th day of April 2007.

[signature] 4·26·07 1:23 PM
Irene Ferruccio

Subscribed and sworn before me this 26th day of April 2007.
Notary Public [signature]

My Commission Expires:______

CARLY B. IAFRATE
NOTARY PUBLIC
STATE OF RHODE ISLAND
My Commission Expires January 25, 2009

**EXHIBIT N**

EXHIBIT
Haase
Pltfs-22
4/30/07 Jule

FEB-23-2005 WED 12:30 PM FAX NO. P. 04

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; see Privacy Act Statement on reverse before completing this form.

☐ FEPA 05EAG 151-22/22
☐ EEOC 16JA500085

Rhode Island Commission for Human Rights and EEOC
(State or local Agency, if any)

| NAME (Indicate Mr., Ms., or Mrs.) | | HOME TELEPHONE NO. (Include Area Code) |
|---|---|---|
| BARBARA ANTONUCCI | | |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
| 135 Scenery Lane, | Johnston, RI 02919 | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NO. OF EMPLOYEES/MEMBERS | TELEPHONE NUMBER (Include Area Code) |
|---|---|---|
| See Exhibit A | 15+ | |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | |
| | | |
| NAME | | TELEPHONE NUMBER (Include Area Code) |
| | | |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | |
| | | |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))
☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ AGE ☐ RETALIATION ☐ OTHER (Specify)

DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (Month, day, year)
10/4/04

THE PARTICULARS ARE (If additional space is needed, attached extra sheet(s)):

SEE EXHIBIT B

FEB 17 2005
R.I.C.H.R.

R.I.C.H.R.

☒ I also want this charge filed with the EEOC.
I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

x Barbara Antonucci
Date 1/4/05 Charging Party (Signature)

NOTARY - (When necessary to meet State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT
x Barbara Antonucci

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year)
[signature] 1/4/05

**Exhibit A**

Cherry Hill Manor
2 Cherry Hill Drive
Johnston, RI 02919

**EXHIBIT B**

1. I was born on December 29, 1940. I am sixty-four years old.

2. I have been working at Cherry Hill Manor since approximately February 1986. I held the position of staffing coordinator since approximately January 1999.

3. I have been subjected to discriminatory terms and conditions of employment, based upon my age, including but not limited to:

a. My immediate supervisor, Pamela Charron (Charron) increased my duties and responsibilities, including increasing my work load, work hours and changing my job description.

b. Charron also ignored me, belittled me, and set me up to fail.

c. Charron unjustifiably criticized my work.

4. On or about October 4, 2004, I was terminated.

5. I was replaced by a substantially younger female. Upon information and belief, the substantially younger female who replaced me is not as experienced or as qualified as I am.

6. My employer's stated reason for my termination was poor performance.

7. The reasons advanced by my employer for my termination are a pretext for discrimination.

8. I always performed my duties and responsibilities in at least a satisfactory manner.

9. These discriminatory actions are in violation of both federal and state law and have caused me to suffer a loss of income, work-related benefits and mental anguish.

EXHIBIT O

This form is affected by the Privacy Act of 1974; see Privacy Act Statement on reverse before completing this form.

☐ EEOC

Rhode Island Commission for Human Rights and EEOC
(State or local Agency, if any)

| NAME (Indicate Mr., Ms., or Mrs.) | | HOME TELEPHONE NO. (Include Area Code) |
|---|---|---|
| Irene Ferruccio | | |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
| 158 Fruit Hill Avenue, | Providence, RI 02911 | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NO. OF EMPLOYEES/MEMBERS | TELEPHONE NUMBER (Include Area Code) |
|---|---|---|
| SEE EXHIBIT A | 15+ | |
| STREET ADDRESS | | CITY, STATE AND ZIP CODE |
| | | |
| NAME | | TELEPHONE NUMBER (Include Area Code) |
| | | |
| STREET ADDRESS | | CITY, STATE AND ZIP CODE |
| | | |

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ AGE ☐ RETALIATION ☐ OTHER (Specify)

DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (Month, day, year): 2/9/05

THE PARTICULARS ARE *(If additional space is needed, attached extra sheet(s))*:

"SEE EXHIBIT B"

☒ I also want this charge filed with the EEOC.
I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

Date 3-7-05 Irene C. Ferruccio
Charging Party (Signature)

NOTARY - (When necessary to meet State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT
Irene C. Ferruccio

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, and year)
[illegible]

[Stamp: NOTARY PUBLIC, STATE OF RHODE ISLAND]
My Commission Expires [illegible]

**Exhibit A**

Cherry Hill Manor
2 Cherry Hill Drive
Johnston, RI 02919

## EXHIBIT B

1. I was born on December 25, 1948. I am fifty-six years old.

2. I first began working at Cherry Hill Manor in 2001. I left Cherry Hill for another job at Fatima Hospital in 2003 and then was rehired by Cherry Hill in May 2004. Prior to my termination, I held the position of Unit Manager.

3. I have been subjected to discriminatory terms and conditions of employment, based upon my age, including but not limited to:

a. My supervisor, Pamela Charron (Charron) ignored me, belittled me, and set me up to fail.

b. Charron unjustifiably criticized my work.

c. Charron took away some of my duties and responsibilities.

d. Charron made several age-related comments, both directly to me, and in my presence.

e. For no legitimate reason, Charron was hostile and aggressive toward me.

4. On or about December 23, 2004, I was forced to take a medical leave because of the work-related stress.

5. On or about February 9, 2005, the day I returned from my medical leave, I was terminated.

6. Similarly-situated younger employees were not subjected to this treatment.

7. My employer's stated reasons for my termination was that they did not have to hold my job for me and/or poor job performance.

8. The reasons advanced by my employer for my termination are a pretext for discrimination.

9. I always performed my duties and responsibilities in at least a satisfactory manner.

10. These discriminatory actions are in violation of both federal and state law and have caused me to suffer a loss of income, work-related benefits and mental anguish.