UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

BARBARA ANTONUCCI

v. CA 06-108 ML

CHERRY HILL MANOR

ORDER

On September 7, 2006, this Court entered a pretrial order which set forth page limitations applicable to motions, memoranda of law, appendices and exhibits. On June 28, 2007, Defendant filed its motion for summary judgment, memorandum of law, appendices and exhibits. The Court notes that the appendices and exhibits filed in support of the motion far exceed the limitations set forth in the pretrial order.[1] Defendant did not seek permission from the Court to exceed the page limits for exhibits. Accordingly, the appendices and exhibits are stricken and Defendant shall file appendices and/or exhibits as limited by the pretrial order on or before July 20, 2007.

On July 11, 2007, this Court granted Plaintiff's first motion to exceed page limits. On July 16, 2007, Plaintiff filed a second motion to exceed page limits and her response to the motion for summary judgment with a supporting memorandum that exceeds the page limit granted by the Court on July 11, 2007. Plaintiff's second motion (docket #55) to exceed page limits is DENIED, and the memorandum (docket #56) and

[1]The Court also notes that the memorandum exceeds the limitation by two pages, but considers this to be a de minimus violation.

statement of disputed facts (docket #57) are stricken. Plaintiff shall, on or before July 27, 2007, file her response to the motion for summary judgment in accordance with the limitations set forth in the pretrial order and those that were extended by virtue of the Court's granting of Plaintiff's initial motion to exceed (docket #54).

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
July 18 , 2007