UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

BARBARA ANTONUCCI,
Plaintiff,

v.

LIFE CARE CENTERS OF AMERICA, INC., PAMELA CHARRON, in her personal and official capacity, and STEVE HAASE, in his personal and official capacity,
Defendants.

C.A. No. 06-108-ML

**DEFENDANTS' FIRST REQUEST FOR PERMISSION TO EXCEED THE PAGE LIMITS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants, Life Care Centers Of America ("Life Care"), Pamela Charron, and Steve Haase (collectively "Defendants"), hereby request that this Honorable Court grant it permission to submit a Rule 56 Statement of Undisputed Facts in excess of ten pages, with supporting materials. In support of its request, Defendants state as follows:

1. This case is a discharge claim in which a Scheduler for a nursing home was discharged for unsatisfactory job performance. Prior to her discharge, Plaintiff had been repeatedly counseled by Defendant Pamela Charron that the manner in which she was performing her job was not acceptable and needed to change. Plaintiff has claimed that her discharge was a result of age discrimination in violation of the Rhode Island Fair Employment Practices Act – R.I. Gen. Laws §28-5-1 et seq. (Count I); and the Rhode Island Civil Rights Act – R.I. Gen. Laws §42-112-1 et seq. (Count II).

2. Defendants have moved for summary judgment on both counts of the Complaint because, under the undisputed evidence in the summary judgment record, Plaintiff has failed to present evidence that would allow a jury to determine that her discharge was a result of

age discrimination. Defendants' Memorandum in Support of Motion for Summary Judgment is 19 pages.

3. Defendants inadvertently exceeded the page limits for Rule 56 statements of undisputed facts. Defendants' Statement of Undisputed Facts is 16 pages, including the caption, an introductory paragraph, point headings, the signature block, and the certificate of service. Absent the non-factual paragraphs, the text of the Statement of Undisputed Facts is approximately 13 pages. The facts contained in this document will assist the Court in fully understanding the circumstances which led to Plaintiff's discharge.

4. On July 10, 2007, Plaintiff herself requested permission to exceed the twenty page limit for memoranda and the ten page limit for supporting materials, such that Plaintiff could file a thirty page memorandum, and a twenty page supporting document (Document 54). This Court granted permission to Plaintiff on July 11, 2007.

5. In addition, Defendants inadvertently exceeded the page limit for attachments to the statement of facts, primarily by attaching the pages from the various depositions in this case to the Affidavit of Christopher J. Campbell. (Document 52). While only selected portions of these deposition transcripts are specifically relied upon in Defendants' Memorandum In Support of Summary Judgment, the additional pages will facilitate the Court's ability to more closely review any particular portions of the testimony in this case, if it chooses to do so. Accordingly, Defendants request that this Court accept the supporting material filed in connection with the Affidavit of Christopher J. Campbell.

6. At all times in this case, Defendants have sought to comply with the Court-ordered deadlines and limits, and have not made excessive or repeated requests of this Court. Defendants' current request to exceed the page limits is in the interest of justice and will

facilitate judicial economy, because the materials make it clear that summary judgment is appropriate in this case, which will ultimately conserve scarce judicial resources by avoiding an unnecessary trial of this matter.

WHEREFORE, Defendants respectfully request permission to exceed page limits, as set forth in this motion. Should this request not be granted, Defendants will file an amended statement of undisputed facts, and an amended affidavit of counsel.

Respectfully submitted,

LIFE CARE CENTERS, INC.,
By its attorneys,

/s/ Christopher J. Campbell
Christopher J. Campbell, R.I. Bar No. 6611
JACKSON LEWIS LLP
75 Park Plaza, 4th Floor
Boston, MA 02116
617-367-0025

Dated: July 19, 2007

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document has been filed electronically on July 19, 2007, and is available for viewing and downloading to the ECF registered counsel of record:

Via Electronic Service/ECF:

Patricia E. Andrews, Esquire
peandrews@verizon.net

and

Carly B. Iafrate, Esquire
ciafrate@verizon.net

/s/ Christopher J. Campbell
Jackson Lewis LLP