UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BARBARA ANTONUCCI,<br>Plaintiff,<br><br>v.<br><br>LIFE CARE CENTERS OF AMERICA, INC.,<br>PAMELA CHARRON, in her personal and official capacity, and<br>STEVE HAASE, in his personal and official capacity,<br>Defendants. | : | C.A. No. 06-108-ML |

**AFFIDAVIT OF MADELINE HORNER**

I, Madeline Horner, on oath, do depose and state as follows:

1. I am an accounts payable/payroll clerk at Cherry Hill Manor. I have served in this capacity for the last seven and a half years and have knowledge of the payroll system, which contains personnel information such as employee names, employment dates and dates of birth.

2. On or about March 4, 2005, there were 233 employees, of which 120 were over the age of 40, and 113 were under the age of 40, and 11were over 60.

3. Since the date Pamela Charron commenced as Director of Nursing Services in late July 2004, 11 out of 131 over 40 and 9 out of 122 under 40 were involuntarily separated. None of the other employees aged 63 (Plaintiff's age at discharge) or *older* were discharged during this period.

Signed under the pains and penalties of perjury this 20th day of July, 2007.

/s/ Madeline Horner
Madeline Horner