UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

BARBARA ANTONUCCI,
Plaintiff,

v.

LIFE CARE CENTERS OF AMERICA, INC., PAMELA CHARRON, in her personal and official capacity, and STEVE HAASE, in his personal and official capacity,
Defendants.

C.A. No. 06-108-ML

**DEFENDANTS' MOTION TO SUBMIT A REPLY MEMORANDUM TO PLAINTIFF'S OBJECTION TO MOTION FOR SUMMARY JUDGMENT**

Defendants, Life Care Centers of America, Inc. ("Life Care") and Pamela Charron and Steve Haase, (collectively "Defendants"), hereby request leave of the Court to submit a brief reply memorandum to Plaintiff's Objection To Defendants' Motion To Preclude Testimony By Plaintiff's Expert Witnesses. As grounds for their motion, Defendants state that their brief reply memorandum will be of assistance to the Court in deciding the underlying motion. For the Court's convenience, a copy of Defendants' proposed Reply To Plaintiff's Objection to Summary Judgment is attached hereto as Exhibit A.

Respectfully submitted,
LIFE CARE CENTERS, INC., ET AL
By their attorneys,

/s/ Christopher J. Campbell
Christopher J. Campbell, R.I. Bar No. 6611
JACKSON LEWIS LLP
75 Park Plaza, 4th Floor
Boston, MA 02116
617-367-0025

DATE: August 3, 2007

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document has been filed electronically on this 3rd day of August 2007, and is available for viewing and downloading to the ECF registered counsel of record:

Via Electronic Service/ECF:

Patricia E. Andrews, Esquire
peandrews@verizon.net

and

Carly B. Iafrate, Esquire
ciafrate@verizon.net

/s/ Christopher J. Campbell
Jackson Lewis LLP