UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

BARBARA ANTONUCCI,
Plaintiff,

v.

LIFE CARE CENTERS OF AMERICA, INC.,
PAMELA CHARRON, in her personal and official capacity, and
STEVE HAASE, in his personal and official capacity,
Defendants.

C.A. No. 06-108-ML

**DEFENDANTS' MOTION FOR CONTINUANCE OF PRE-TRIAL MEMORANDUM, PRE-TRIAL CONFERENCE AND TRIAL DATE**

Now come Defendants in the above-captioned matter and move for a continuation of the trial date, the Pre-Trial Conference and due date for pre-trial memorandum for a period of sixty (60) days in order to conduct discovery of Plaintiff's expert witnesses, based on this Court's prior authorization to do so, following a ruling on summary judgment and prior to trial. As grounds for this motion, Defendants state as follows:

1. Plaintiff brought a Complaint alleging age discrimination in violation of Rhode Island state law. As part of her Complaint, Plaintiff seeks emotional distress damages and named two expert witnesses who will provide testimony in support of her claim.

2. On April 17, 2007, Defendants moved to preclude Plaintiff's expert witnesses from testifying.

3. On May 24, 2007, after hearing argument on Defendants' motion, this Court denied Defendants' motion.

4. During the May 24, 2007 hearing, Defendants indicated to the Court that they would be filing a motion for summary judgment on all counts.

5. In order to save on further discovery costs and in the interest of judicial economy, at the May 24, 2007 hearing, counsel for Defendants requested that, in the event the case was not disposed of at summary judgment, Defendants be afforded an opportunity to conduct the depositions of Plaintiff's expert witnesses and to designate their own expert witness, if necessary, following the Court's ruling on summary judgment and prior to having the case ready for trial.

6. In response to Defendants' request, *this Court agreed* to allow Defendants an opportunity to depose Plaintiff's expert witnesses and to designate an expert witness of their own, *following a ruling on summary judgment*. Based upon this Court's agreement, Defendants did not proceed with the deposition of Plaintiff's expert witnesses pending a ruling on Defendants' motion for summary judgment.

7. On February 13, 2008, this Court denied summary judgment and thereafter ordered that the case be ready for trial on March 11, 2008, with a final pre-trial memorandum due on February 26, 2008, and a final pre-trial conference scheduled for March 6, 2008.

8. The current order does not allow Defendants sufficient time to conduct the discovery previously authorized by this Court.

9. In addition to the foregoing, as additional grounds for their motion, Defendants state that Defendants' counsel has been previously ordered to appear for the continuation of a Public Hearing (final two days of six day agency trial) at the Massachusetts Commission Against Discrimination on March 11 and March 12, 2008. A

copy of the Order for the continuation of the Public Hearing on March 11, 2008 and March 12, 2008 is attached as Exhibit A.

WHEREFORE, Defendants request that the deadlines be extended for a period of sixty (60) days in order Defendants an opportunity to depose Plaintiff's expert witnesses and to designate their own expert witness, if necessary.

Respectfully submitted,

Defendants,

LIFE CARE CENTERS, INC. et al.,
By their attorneys,

/s/ Christopher J. Campbell
Christopher J. Campbell, R.I. Bar No. 6611
JACKSON LEWIS LLP
75 Park Plaza, 4th Floor
Boston, MA 02116
617-367-0025

Dated: February 15, 2007

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document has been filed electronically on this 15th day of February 2008, and is available for viewing and downloading to the ECF registered counsel of record:

Via Electronic Service/ECF:

Patricia E. Andrews, Esquire
peandrews@verizon.net

and

Carly B. Iafrate, Esquire
ciafrate@verizon.net

/s/ Christopher J. Campbell

# EXHIBIT A

*Commonwealth of Massachusetts*
*Commission Against Discrimination*
*One Ashburton Place*
*Boston, Massachusetts 02108*
Phone: 617-994-6000
Fax: 617-994-6024

February 6, 2008

Jeffrey R. Mazer, Esq.
Attorney at Law
200 Broadway, Ste. 205
Lynnfield, MA 01940

Andrew C. Pickett, Esq.
Christopher J. Campbell, Esq.
Jackson Lewis, LLP
75 Park Plaza
Boston, MA 02116

RE: Carmela Vero v. America West Airlines
Docket No. 05-BEM-00933

Dear Counsel:

You are notified the public hearing in the above-referenced matter will reconvene March 11, 12, 2008 at 10:00 a.m. in our Boston Office at One Ashburton Place, 6th floor, Boston, Massachusetts.

Very truly yours,

Betty E. Waxman
Hearing Officer

BEW/yp