**UNITED STATE DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **BARBARA ANTONUCCI,** ***Plaintiff,*** **vs.** **LIFE CARE CENTERS OF AMERICA, INC., et al.,** ***Defendants.*** | **C.A. No. 06-108 ML** |

**PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION TO CONTINUE PRE-TRIAL MEMORANDUM, PRE-TRIAL CONFERENCE AND TRIAL DATE**

Now comes the Plaintiff, Barbara Antonucci, ("Plaintiff"), and hereby objects to Defendants' Motion for Continuance of the Pre-Trial Memorandum, the Pre-Trial Conference and Trial Date. In support thereof, Plaintiff's counsel seeks only to bring to the Court's attention the court-excusal filed by Attorney Iafrate on or about February 11, 2008. See Exhibit A. The excusal covers the time period from May 9 to May 20, 2008, for purposes of a long-planned out-of-state family vacation. If Defendants' motion is granted and the dates are moved out 60 days, the trial date will fall during the excusal.

Plaintiff,
By her attorneys,

/s/ Carly Beauvais Iafrate

Patricia E. Andrews, #4321
Carly Beauvais Iafrate, #6343
129 Dyer Street
Providence, Rhode Island 02903
(401) 421-0966

(401) 421-0964 (fax)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document has been filed electronically on this 19th day of February 2008, and is available for viewing and downloading to the ECF registered counsel of record:

Via Electronic Service/ECF:

Christopher J. Campbell, Esq.
campbelc@jacksonlewis.com

/s/ Carly Beauvais Iafrate