*Law Office of*

**Carly Beauvais Iafrate**

129 Dyer Street • Providence, Rhode Island 02903
Tel. 401-421-0065 • Fax 401-421-0964

*Admitted in RI*

February 11, 2008

Civil Clerk's Office
United States District Court
for the District of Rhode Island
One Exchange Terrace
Providence, RI 02903

Re: Carly Beauvais Iafrate, Esq. #6343

Dear Sir/Madam:

Enclosed please find a Petition for Excusal from District Court. Copies have been sent to opposing Counsel as noted.

Thank you for your courtesy in this regard.

Sincerely,

Lisa M. Cordeiro
Legal Assistant

Enclosures
cc: Christopher J. Campbell, Esq.
Girard Visconti, Esq.
Mark Bennett, Esq.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**TO:** **THE HONORABLE MARY M. LISI**
**CHIEF JUDGE, DISTRICT COURT**

**IN RE:** **CARLY BEAUVAIS IAFRATE, #6343**

Now comes the Petitioner, Carly Beauvais Iafrate, Esq., a practicing member of the Bar of the State of Rhode Island, and the United State District Court, District of Rhode Island, and hereby moves this Honorable Court for an Order excusing her from attendance at the Court Calendar on the following dates:

*May 9, 2008 up to and including May 20, 2008*

As grounds therefore, Petitioner states that she is requesting this time period for an out-of-state vacation. Petitioner has attached hereto Exhibit A, setting forth the matters presently pending before this Honorable Court.

Respectfully submitted,

Carly Beauvais Iafrate, #6343
129 Dyer Street
Providence, RI 02903
(401) 421-0065
(401) 421-0964 (fax)
ciafrate@verizon.net

**EXHIBIT A**

*1.Antonucci v. Cherry Hill Manor, C.A. No. 06-108ML*

Christopher Campbell, Esq.
Jackson Lewis, LLP
75 Park Plaza
Boston, MA 02116

2. *Brady v. Ryan Electric Construction, Inc., C.A. No. 06-519ML*
*(in process of submitting dismissal stipulation)*

Girard Visconti, Esq.
Visconti & Boren, Ltd.
55 Dorrance Street
Providence, RI 02903

Mark Bennett, Esq.
Marks, Golia & Finch, LLP
3900 Harney Street
1st Fl.
San Diego, CA 92110

3. *Geminiani v. UPS, C.A. No. 07-372S*
*(in process of serving complaint,*
*no attorneys of record yet)*

**CERTIFICATION**

I hereby certify that on the 11th day of ~~January~~ February 2008, a copy of the within Petition for Excusal was mailed via first-class mail, postage pre-paid to the above-referenced counsel of record.

Lisa M. Cordeiro