**EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

BARBARA ANTONUCCI,
Plaintiff,

v.

LIFE CARE CENTERS OF AMERICA, INC.,
PAMELA CHARRON, in her personal and official capacity, and
STEVE HAASE, in his personal and official capacity,
Defendants.

C.A. No. 1:06-cv-00108-ML-DLM

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Barbara Antonucci, and Defendants, Life Care Centers of America, Inc., Pamela Charron, in her personal and official capacity, and Steve Haase, in his personal and official capacity, pursuant to Federal Rules of Civil Procedure, that this action shall be and hereby is dismissed, with prejudice, and without costs or attorneys' fees to any party.

Respectfully submitted,

Plaintiff,
Barbara Antonucci,
By her attorneys,

/s/ Patricia E. Andrews
Patricia E. Andrews, RI Bar #4321
Carly Beauvais Iafrate, RI Bar # 6343
129 Dyer Street
Providence, RI 02903
(401) 421-0966

Defendants,
Life Care Centers of America, Inc,
Pamela Charron and Steve Haase,
By their attorney,

/s/ Christopher J. Campbell
Christopher J. Campbell, Bar No. 6611
JACKSON LEWIS LLP
75 Park Plaza
Boston, MA 02116
(617) 367-0025

DATE: 5/13, 2008